AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. . 2:23-cv-02667-SPG-KS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Alexander Bykhovsky
was received by me on *(date)* 09/14/2023 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because After four (4) diligent attempts, no one was home. ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/26/2023

*Julio Menchaca Valentin*
Server's signature

Julio Menchaca Valentin, Paralegal
*Printed name and title*

HC-04 Box 5452 Guaynabo, Puerto Rico 00971
*Server's address*

Additional information regarding attempted service, etc:

Personal attempts to serve the defendant, Mr. Alexander Bykhovsky, at the last known address, 1800 Calle McLeary Apt. 402, San Juan, PR 00911, were on:

1) 9/14/23 at 6:38 pm      3) 9/21/2023 at 8:46 am

2) 9/18/23 at 7:46 pm      4) 9/26/2023 at 7:58 am