# EXHIBIT 1

# EXHIBIT 1

Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>                  Plaintiff,<br><br>   v.<br><br>UNPLUGGED MEDIA, LLC, and ALEXANDER BYKHOVSKY,<br><br>                  Defendants. | Case No. 2:23-cv-02667-SPG-KS<br><br>**DECLARATION OF JORGE ALEJANDRO ROJAS IN SUPPORT OF EX PARTE APPLICATION FOR ALTERNATIVE SERVICE ON ALEXANDER BYKHOVSKY** |

I, Jorge Alejandro Rojas, an adult of sound mind, declare as follows:

1. I am the Plaintiff in this case, and make the following statements based on my personal knowledge and records. If called to testify concerning any of these statements, I will be able to do so.

2. I make the statements in this declaration in support of Plaintiff's Ex Parte Application for Alternative Service on Alexander Bykhovsky ("Bykhovsky").

3. Bykhovsky e-mailed me on October 21, 2023, from the email alexgoldlv@gmail.com, during my attempts to confer regarding this application, stating "I do not accept alternative service. I do not agree to a waiver. My wife and I are divorcing. I moved from Puerto Rico to Panama July 20th 2023."

-1-

4. On October 17, 2023, at approximately 3:36 PM Central time, I received a telephone call from telephone number 787-949-1685, which included a caller ID name of "Document Prepar," and when I answered the call, a male individual who identified himself as Bykhovsky spoke with me for approximately one hour regarding the instant case.

5. "Document Prepar" appears to be another name for one of Bykhovsky's current or former companies. The Google Listing for one of the addresses owned by Defendant, 3555 Pecos McLeod Interconnect, has a name of "Documents Done Right."

6. During the telephone call, Bykhovsky admitted awareness of the instant case.

7. During the telephone call, Bykhovsky stated that he would be calling me back at some time Wednesday or Thursday after conferring with some of his business partners. I have not received further calls from Bykhovsky regarding this case.

8. I e-mailed alexgoldlv@gmail.com on October 21, 2023, in order to attempt to confer regarding the follow up telephone call as well as the instant motion.

9. Exhibit 2 of my filing is a printout of the Puerto Rico Department of State listing for Unplugged Media, which I obtained from their website on or about October 22, 2023.

10. Exhibit 3 of my filing is a copy of the waiver filed concerning Bykhovsky in a telemarketing case against him, in the Western District of Texas, which I obtained from PACER on or about October 22, 2023.

11. Exhibit 4 of my filing is a printout of the Puerto Rico Department of State listing for ATZ Holding Limited, which I obtained from their website on or about October 22, 2023.

12. Exhibit 5 of my filing is a collection of printouts from the Clark County Property Assessor's website concerning the property 3555 Pecos Mcleod Int Las Vegas, NV 89121, which I obtained from their website on or about October 22, 2023.

13. Exhibit 6 of my filing is a printout of the Nevada corporate listing for Alex Gold Holdings LLC, which I obtained from their website on or about October 22, 2023.

14. Exhibit 7 of my filing is a collection of printouts I obtained from UniCourt, which compiles databases from various state, local, and federal courts, concerning Alexander Bykhovsky, which I obtained from their website on or about October 22, 2023.

15. Exhibit 8 of my filing is a collection of printouts from the Clark County Property Assessor's website concerning the property 3371 Rome St APT 1, Las Vegas, NV 89169, and Zillow.com, which I obtained from their websites on or about October 22, 2023.

16. Exhibit 9 of my filing is a collection of printouts from the Clark County Property Assessor's website concerning the property 3381 ROME ST, and Apartments.com, which I obtained from their websites on or about October 22, 2023.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on October 22, 2023, in Bolingbrook, IL.

_____
Jorge Alejandro Rojas