# EXHIBIT 2

# EXHIBIT 2

CORPORATION INFORMATION

# Corporation Information

## UNPLUGGED MEDIA LLC

**Details** | Articles | Annual Filings | Certificates

## General Information

| | |
|---|---|
| Name | UNPLUGGED MEDIA LLC |
| Register No. | 497545 |
| Status | ACTIVE |
| Class | Limited Liability Company |
| Type | For Profit |
| Jurisdiction | Domestic |
| Formation Date | 18-Nov-2022 10:15 AM |
| Effective Date | 18-Nov-2022 10:15 AM |
| Expiration Date | Does not expire |

## Main Office

| | |
|---|---|
| Street Address | 954 Ave Ponce de Leon, Suite 205 - PMB 10560, SAN JUAN, PR, 00907 |
| Mailing Address | 954 Ave Ponce de Leon, Suite 205 - PMB 10560, SAN JUAN, PR, 00907 |

### Actions

- Pay 2022 Annual Due
- Pay Prior Year(s) Annual Due
- Order Certificate of Good Standing
- Order Certificate of Existence
- Amend Entity
- Cancel Entity
- Convert
- Merge
- Consolidate
- Manage Access

← Return to Search Results

 Payment Plan

## Resident Agent

| | |
|---|---|
| Name | PRelocate L.L.C. (Entity) |
| Street Address | 954 Ave Ponce de Leon, Suite 205, SAN JUAN, PR, 00907 |
| Mailing Address | 954 Ave Ponce de Leon, Suite 205, SAN JUAN, PR, 00907 |

## Administrators

Not Available.

## Authorized Persons

| Name | Street Address | Mailing Address |
|---|---|---|
| Smushkevich, Victor | 954 Ave Ponce de Leon, Suite 205 - PMB 10560, SAN JUAN, PR, 00907 | 954 Ave Ponce de Leon, Suite 205 - PMB 10560, SAN JUAN, PR, 00907 |
| Bykhovsky, Alexander | 954 Ave Ponce de Leon, Suite 205 - PMB 10560, SAN JUAN, PR, 00907 | 954 Ave Ponce de Leon, Suite 205 - PMB 10560, SAN JUAN, PR, 00907 |