# EXHIBIT 4

# EXHIBIT 4

CORPORATION INFORMATION

# Corporation Information

## ATZ HOLDING LÍMITED LLC

**Details** | Articles | Annual Filings | Certificates

## General Information

| | |
|---|---|
| Name | ATZ HOLDING LÍMITED LLC |
| Register No. | 479317 |
| Status | ACTIVE |
| Class | Limited Liability Company |
| Type | For Profit |
| Jurisdiction | Domestic |
| Formation Date | 13-Jan-2022 07:55 PM |
| Effective Date | 13-Jan-2022 07:55 PM |
| Expiration Date | Does not expire |

## Main Office

| | |
|---|---|
| Street Address | 1800 McLeary Ave., Apt# 402, SAN JUAN, PR, 00911 |
| Mailing Address | 1800 McLeary Ave., Apt# 402, SAN JUAN, PR, 00911 |

← Return to Search Results

**Actions**

- Pay 2022 Annual Due
- Pay Prior Year(s) Annual Due
- Order Certificate of Good Standing
- Order Certificate of Existence
- Amend Entity
- Cancel Entity
- Convert
- Merge
- Consolidate
- Manage Access

## Resident Agent

| | |
|---|---|
| Name | Torres , Hiram J (Individual) |
| Street Address | 273 Sierra Morena, PMB 136 La Cumbre, SAN JUAN, PR, 00926 |
| Mailing Address | 1800 McLeary Ave., Apt# 402, SAN JUAN, PR, 00911 |

Payment Plan

## Administrators

| Name | Title | Address |
|---|---|---|
| Bykhovsky , Alexander | President | 1800 McLeary Ave., Apt# 402, SAN JUAN, PR, 00911 |
| | | 1800 McLeary Ave., Apt# 402, SAN JUAN, PR, 00911 |
| Ramirez , Zachary | Secretary | 1800 McLeary Ave., Apt# 402, SAN JUAN, PR, 00911 |
| | | 1800 McLeary Ave., Apt# 402, SAN JUAN, PR, 00911 |

## Authorized Persons

| Name | Street Address | Mailing Address |
|---|---|---|
| Torres , Hiram J | 273 Sierra Morena, PMB 136 La Cumbre, SAN JUAN, PR, 00926 | 273 Sierra Morena, PMB 136 La Cumbre, SAN JUAN, PR, 00926 |