# EXHIBIT 5

# EXHIBIT 5

## Briana Johnson, Assessor

| Assessor Map | Aerial View | Building Sketch | Ownership History | Neighborhood Sales | New Search |

| GENERAL INFORMATION | |
|---|---|
| PARCEL NO. | 162-13-605-002 |
| OWNER AND MAILING ADDRESS | ALEX GOLD HOLDINGS L L C<br>3555 PECOS MCLEOD<br>LAS VEGAS<br>NV 89121 |
| LOCATION ADDRESS | 3555 PECOS MCLEOD INT |
| CITY/UNINCORPORATED TOWN | PARADISE |
| ASSESSOR DESCRIPTION | PARCEL MAP FILE 39 PAGE 62<br>LOT 1 |
| RECORDED DOCUMENT NO. | * 20171129:03762 |
| RECORDED DATE | NOV 29 2017 |
| VESTING | NS |
| COMMENTS | |

*Note: Only documents from September 15, 1999 through present are available for viewing.

| ASSESSMENT INFORMATION AND VALUE EXCLUDED FROM PARTIAL ABATEMENT | |
|---|---|
| TAX DISTRICT | 470 |
| APPRAISAL YEAR | 2022 |
| FISCAL YEAR | 2023-24 |
| SUPPLEMENTAL IMPROVEMENT VALUE | 0 |
| INCREMENTAL LAND | 0 |
| INCREMENTAL IMPROVEMENTS | 0 |

| REAL PROPERTY ASSESSED VALUE | | |
|---|---|---|
| FISCAL YEAR | 2022-23 | 2023-24 |
| LAND | 58468 | 62965 |
| IMPROVEMENTS | 144911 | 152061 |
| PERSONAL PROPERTY | 0 | 0 |
| EXEMPT | 0 | 0 |
| GROSS ASSESSED (SUBTOTAL) | 203,379 | 215,026 |
| TAXABLE LAND + IMP (SUBTOTAL) | 581,083 | 614,360 |
| COMMON ELEMENT ALLOCATION ASSESSED | 0 | 0 |
| TOTAL ASSESSED VALUE | 203,379 | 215,026 |
| TOTAL TAXABLE VALUE | 581,083 | 614,360 |

Click here for Treasurer Information regarding real property taxes.

Click here for Flood Control Information.

| ESTIMATED LOT SIZE AND APPRAISAL INFORMATION | |
|---|---|
| ESTIMATED SIZE | 0.59 ACRES |
| ORIGINAL CONST. YEAR | 1982 |
| LAST SALE PRICE | 605000 |
| MONTH/YEAR | 11/2017 |
| SALE TYPE | R - RECORDED VALUE |
| LAND USE | 41.335 - OFFICES, PROFESSIONAL AND BUSINESS SERVICES |
| DWELLING UNITS | 1 |

| PRIMARY RESIDENTIAL STRUCTURE | | | | | |
|---|---|---|---|---|---|
| 1ST FLOOR SQ. FT. | | CASITA SQ. FT. | | ADDN/CONV | |
| 2ND FLOOR SQ. FT. | | CARPORT SQ. FT. | | POOL | NO |
| 3RD FLOOR SQ. FT. | | STYLE | OFFICE BUILDING | SPA | NO |
| UNFINISHED BASEMENT SQ. FT. | 0 | BEDROOMS | 0 | TYPE OF CONSTRUCTION | |
| FINISHED BASEMENT SQ. FT. | 0 | BATHROOMS | 0 | ROOF TYPE | |
| BASEMENT GARAGE SQ. FT. | 0 | | | FIREPLACE | 0 |
| TOTAL GARAGE SQ. FT. | 0 | | | | |

| ASSESSOR MAP VIEWING GUIDELINES | |
|---|---|
| MAP | [162136](#) |
| | In order to view the Assessor map you must have Adobe Reader installed on your computer system. |
| | If you do not have the Reader it can be downloaded from the Adobe site by clicking the following button. Once you have downloaded and installed the Reader from the Adobe site, it is not necessary to perform the download a second time to access the maps. |
| | Get Adobe Reader |

**Note:** This record is for assessment use only. No liability is assumed as to the accuracy of the data delineated hereon.