# EXHIBIT 6

# EXHIBIT 6

## ENTITY INFORMATION

### ENTITY INFORMATION

| | | | |
|---|---|---|---|
| **Entity Name:** | ALEX GOLD HOLDINGS L.L.C. | **Entity Number:** | E0506502017-4 |
| **Entity Type:** | Domestic Limited-Liability Company (86) | **Entity Status:** | Revoked |
| **Formation Date:** | 10/26/2017 | **NV Business ID:** | NV20171693023 |
| **Termination Date:** | Perpetual | **Annual Report Due Date:** | 10/31/2021 |
| **Series LLC:** | ☐ | **Restricted LLC:** | ☐ |

### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| **Name of Individual or Legal Entity:** | ALEXANDER BYKHVOSKY | **Status:** | Active |
| **CRA Agent Entity Type:** | | **Registered Agent Type:** | Non-Commercial Registered Agent |
| **NV Business ID:** | | **Office or Position:** | |

| | |
|---|---|
| **Jurisdiction:** | |
| **Street Address:** | 3064 KISHNER DR, 111, LAS VEGAS, NV, 89109, USA |
| **Mailing Address:** | |
| **Individual with Authority to Act:** | |
| **Fictitious Website or Domain Name:** | |

## OFFICER INFORMATION

☐ **VIEW HISTORICAL DATA**

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Managing Member | ALEXANDER BYKHOVSKY | 3555 PECOS MCLEOD INTERCONNECT, LAS VEGAS, NV, 89121 - 3605, USA | 10/31/2018 | Active |

Page 1 of 1, records 1 to 1 of 1

Filing History    Name History    Mergers/Conversions

Return to Search    Return to Results