# EXHIBIT 7

# EXHIBIT 7



UniCourt Dashboard Folders Analytics Orders More Notifications Jorge Rojas

Search Results Support Center

Everything Party Attorney More Options

ALEXANDER BYKHOVSKY ✕ Add search terms Show More Options Search

+ Add Conditions Reset Save This Search

Property ✕

**Showing Results for:** ALEXANDER BYKHOVSKY View 1 - 5 of **5** results

Options **Sort By:** Filing Date -- Desc Filing Date -- Asc Relevancy

**Alexander Bykhovsky, DBA Alex Gold Holdings LLC, Landlord(s) vs. Robert Jerome LeDoux, Tenant(s)**

**Nevada - Clark Nevada Court System | Property - Other Eviction | 23E008238 | 03/01/2023**

Other - **Bykhovsky, Alexander** DBA Alex Gold Holdings LLC | *Self Represented*

**Alexander Bykhovsky, Alex Gold Holdings, Landlord(s) vs. Denyse Percell Johnson, Tenant(s)**

**Nevada - Clark Nevada Court System | Property - Other Eviction | 21E020527 | 09/16/2021**

Other - **Bykhovsky, Alexander** | *Self Represented*

**09/27/2021** Financial Information - Landlord: **Bykhovsky, Alexander**; Total Financial Assessment: 71.00; Total Payments and Credits: 71.00; Balance Due: 0.00

**09/27/2021** File and Serve Payments: Receipt # CIV-2021-84036; **Bykhovsky, Alexander**; (71.00)

**Alexander Bykhovsky, Landlord(s) vs. Robert Negrette, Tenant(s)**

**Nevada - Clark Nevada Court System | Property - Other Eviction | 21E015912 | 08/02/2021**

Other - **Bykhovsky, Alexander** | *Unrepresented*

Filter Result

JURISDICTION

FILING DATE

CASE TYPE

- [x] Property (5)
- [ ] Small Claim (4)
- [ ] Other (4)
- [ ] Contract (3)
- [ ] Criminal (3)

Show

CASE STATUS

CREATED DATE

[ ] **Alexander Bykhovsky, Landlord(s) vs. Joshua Collins, Tenant(s)**
Nevada - Clark Nevada Court System | Property - Other Eviction | 20E012118 | 11/03/2020
Other - **Bykhovsky, Alexander** | *Self Represented*

**11/05/2020** File and Serve Payments: Receipt # CIV-2020-82762; **Bykhovsky, Alexander**; (71.00)

**11/05/2020** Financial Information - Landlord: **Bykhovsky, Alexander**; Total Financial Assessment: 71.00; Total Payments and Credits: 71.00; Balance Due: 0.00

[ ] **QDHY Group LTD, Landlord(s) vs. Sasha Alexander , Bykhovsky King , Tenant(s)**
Nevada - Clark Nevada Court System | Property - Other Eviction | 13E022786 | 10/22/2013