# EXHIBIT 8

# EXHIBIT 8

# Briana Johnson, Assessor

| Assessor Map | Aerial View | Building Sketch | Ownership History | Neighborhood Sales | New Search |

## GENERAL INFORMATION

| | |
|---|---|
| PARCEL NO. | 162-15-510-014 |
| OWNER AND MAILING ADDRESS | ALEX GOLD HOLDINGS L L C<br>3371 ROME ST APT 1<br>LAS VEGAS<br>NV 89169 |
| LOCATION ADDRESS | 3371 ROME ST |
| CITY/UNINCORPORATED TOWN | PARADISE |
| ASSESSOR DESCRIPTION | CONTINENTAL PARK #1<br>PLAT BOOK 7 PAGE 68<br>LOT 5 BLOCK 1 |
| RECORDED DOCUMENT NO. | * 20190718:02729 |
| RECORDED DATE | JUL 18 2019 |
| VESTING | NS |
| COMMENTS | |

*Note: Only documents from September 15, 1999 through present are available for viewing.

## ASSESSMENT INFORMATION AND VALUE EXCLUDED FROM PARTIAL ABATEMENT

| | |
|---|---|
| TAX DISTRICT | 470 |
| APPRAISAL YEAR | 2022 |
| FISCAL YEAR | 2023-24 |
| SUPPLEMENTAL IMPROVEMENT VALUE | 0 |
| INCREMENTAL LAND | 0 |
| INCREMENTAL IMPROVEMENTS | 0 |

## REAL PROPERTY ASSESSED VALUE

| FISCAL YEAR | 2022-23 | 2023-24 |
|---|---|---|
| LAND | 30800 | 32200 |
| IMPROVEMENTS | 37581 | 40464 |
| PERSONAL PROPERTY | 0 | 0 |
| EXEMPT | 0 | 0 |
| GROSS ASSESSED (SUBTOTAL) | 68,381 | 72,664 |
| TAXABLE LAND + IMP (SUBTOTAL) | 195,374 | 207,611 |
| COMMON ELEMENT ALLOCATION ASSESSED | 0 | 0 |
| TOTAL ASSESSED VALUE | 68,381 | 72,664 |
| TOTAL TAXABLE VALUE | 195,374 | 207,611 |

[Click here for Treasurer Information regarding real property taxes.](#)

[Click here for Flood Control Information.](#)

## ESTIMATED LOT SIZE AND APPRAISAL INFORMATION

| ESTIMATED SIZE | 0.19 ACRES |
|---|---|
| ORIGINAL CONST. YEAR | 1963 |
| LAST SALE PRICE | 400000 |
| MONTH/YEAR | 7/2019 |
| [SALE TYPE](#) | X - EXEMPT |
| LAND USE | 32.140 - MF RES 3 TO 4 UNITS. FOURPLEX |
| DWELLING UNITS | 4 |

## PRIMARY RESIDENTIAL STRUCTURE

| 1ST FLOOR SQ. FT. | 2390 | CASITA SQ. FT. | | ADDN/CONV | YES |
|---|---|---|---|---|---|
| 2ND FLOOR SQ. FT. | 2177 | CARPORT SQ. FT. | | POOL | NO |
| 3RD FLOOR SQ. FT. | | STYLE | FOUR PLEX | SPA | NO |
| UNFINISHED BASEMENT SQ. FT. | 0 | BEDROOMS | 9 | TYPE OF CONSTRUCTION | FRAME-STUCCO |
| FINISHED BASEMENT SQ. FT. | 0 | BATHROOMS | 5 FULL /1 HALF | ROOF TYPE | BUILT-UP |
| BASEMENT GARAGE SQ. FT. | 0 | | | FIREPLACE | 0 |
| TOTAL GARAGE SQ. FT. | 0 | | | | |

| ASSESSOR MAP VIEWING GUIDELINES | |
|---|---|
| MAP | [162155](#) |
| | In order to view the Assessor map you must have Adobe Reader installed on your computer system. |
| | If you do not have the Reader it can be downloaded from the Adobe site by clicking the following button. Once you have downloaded and installed the Reader from the Adobe site, it is not necessary to perform the download a second time to access the maps. |
| | ![Get Adobe Reader] |

**Note:** This record is for assessment use only. No liability is assumed as to the accuracy of the data delineated hereon.

# Assessor

# Briana Johnson, Assessor

## PARCEL OWNERSHIP HISTORY

### ASSESSOR DESCRIPTION

CONTINENTAL PARK #1 PLAT BOOK 7 PAGE 68 LOT 5 BLOCK 1

| CURRENT PARCEL NO. | CURRENT OWNER | % | RECORD DOC NO. | RECORD DATE | VESTING | TAX DIST | EST SIZE | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| 162-15-510-014 | ALEX GOLD HOLDINGS L L C | | 20190718:02729 | 7/18/2019 | NS | 470 | .19 AC | |

| PARCEL NO. | PRIOR OWNER(S) | % | RECORD DOC NO. | RECORD DATE | VESTING | TAX DIST | EST SIZE | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| 162-15-510-014 | BYKHOVSKY ALEXANDER | | 20180330:03133 | 03/30/2018 | NS | 470 | SUBDIVIDED LOT | C-20180330:3134 |
| 162-15-510-014 | JONES HUNTER | | 20160810:02395 | 08/10/2016 | NS | 470 | SUBDIVIDED LOT | |
| 162-15-510-014 | BARBIERI FAMILY LIMITED PTNRSHIP | | 20121227:01906 | 12/27/2012 | NS | 470 | SUBDIVIDED LOT | |
| 162-15-510-014 | BARBIERI GILBERT C & ANNA-MARIA | | 20121227:01895 | 12/27/2012 | JT | 470 | SUBDIVIDED LOT | |
| 162-15-510-014 | BARBIERI TRUST  BARBIERI GILBERT TRS | | 20090731:01669 | 07/31/2009 | NS | 470 | SUBDIVIDED LOT | |
| 162-15-510-014 | FULMER-TULAYA SASIPIMOL | | 20040202:02388 | 02/02/2004 | NS | 470 | SUBDIVIDED LOT | |
| 162-15-510-014 | MARESCH MICHAEL | | 20040202:02386 | 02/02/2004 | NS | 470 | SUBDIVIDED LOT | |
| 162-15-510-014 | BARBIERI GILBERT C & ANNA MARIA | | 00000937:0752028 | 03/18/1969 | JT | 470 | SUBDIVIDED LOT | C-990922:655 |
| 130-123-012 | BARBIERI GILBERT C & ANNA | | | | | 470 | SUBDIVIDED LOT | INITIAL |

Click the following link to view the parcel geneology

Parcel Tree

Note:  Only documents from September 15, 1999 through present are available for viewing.

**NOTE:** THIS RECORD IS FOR ASSESSMENT USE ONLY. NO LIABILITY IS ASSUMED AS TO THE ACCURACY OF THE DATA DELINEATED HEREON.



# Zillow

Edit | Save | Share | More

3 bd | 2 ba | 2,000 sqft

3371 Rome St APT 1, Las Vegas, NV 89169

● **Off market**

Zestimate®: None  | Rent Zestimate®: **$3,179**

Est. refi payment: $ -- | Refinance your loan

Home value | Owner tools | Home details | Neighborhood details

Refinancing to a lower rate could help reduce your monthly payments and save thousands over the life of the loan.

See today's rates

**Get Home Insurance Information** — Sponsored
Learn more about insurance and find insurance providers in your area.

Get started

## Overview

Note: This property is not currently for sale or for rent on Zillow. The description and property data below may've been provided by a third party, the homeowner or public records.

Welcome to Alex Gold Holding! This gorgeous newly remodeled furnished two-story, 3 bedroom, 2 bathroom apartment is located in Las Vegas, NV, It is centrally located near shopping and dining, Call Ricky at Features and amenities - Security Enclosed Fencing - Oven/Electric Stove - Microwave Oven - Hardwood and Tile Floors - Central Air Conditioning - Lots of Closet Space - Open Floor Plan - Washer/Dryer in Unit - Spacious Private Backyard Area - Close to public Transportation - Cali King size bed - Entire Office area bedroom upstairs - Two 60 inch TV - Dishwasher - Fireplace

Lease description:
Owner pays for water, trash and sewer. Tenant is responsible for the rest of the utilities.
Lease duration:
6 months

Hide

## Facts and features

Edit

| 🏠 **Type:** | Apartment |
| 🔥 **Heating:** | Forced air |
| ❄ **Cooling:** | Other |



...sqft - House for sale
...as Vegas, NV 89110
UNITED REALTY GROUP, Sandra Schuhmann. Listing provided by GLVAR

16 hours ago