# EXHIBIT 9

# EXHIBIT 9

# Briana Johnson, Assessor

Assessor Map | Aerial View | Building Sketch | Ownership History | Neighborhood Sales | New Search

| GENERAL INFORMATION | |
|---|---|
| PARCEL NO. | 162-15-510-015 |
| OWNER AND MAILING ADDRESS | ALEX GOLD HOLDINGS L L C<br>3371 ROME ST APT 1<br>LAS VEGAS<br>NV 89169 |
| LOCATION ADDRESS | 3381 ROME ST |
| CITY/UNINCORPORATED TOWN | PARADISE |
| ASSESSOR DESCRIPTION | CONTINENTAL PARK #1<br>PLAT BOOK 7 PAGE 68<br>LOT 6 BLOCK 1 |
| RECORDED DOCUMENT NO. | * 20190718:02730 |
| RECORDED DATE | JUL 18 2019 |
| VESTING | NS |
| COMMENTS | |

*Note: Only documents from September 15, 1999 through present are available for viewing.

| ASSESSMENT INFORMATION AND VALUE EXCLUDED FROM PARTIAL ABATEMENT | |
|---|---|
| TAX DISTRICT | 470 |
| APPRAISAL YEAR | 2022 |
| FISCAL YEAR | 2023-24 |
| SUPPLEMENTAL IMPROVEMENT VALUE | 0 |
| INCREMENTAL LAND | 0 |
| INCREMENTAL IMPROVEMENTS | 0 |

| REAL PROPERTY ASSESSED VALUE | | |
|---|---|---|
| FISCAL YEAR | 2022-23 | 2023-24 |
| LAND | 30800 | 32200 |
| IMPROVEMENTS | 32989 | 35512 |
| PERSONAL PROPERTY | 0 | 0 |
| EXEMPT | 0 | 0 |
| GROSS ASSESSED (SUBTOTAL) | 63,789 | 67,712 |
| TAXABLE LAND + IMP (SUBTOTAL) | 182,254 | 193,463 |
| COMMON ELEMENT ALLOCATION ASSESSED | 0 | 0 |
| TOTAL ASSESSED VALUE | 63,789 | 67,712 |
| TOTAL TAXABLE VALUE | 182,254 | 193,463 |

Click here for Treasurer Information regarding real property taxes.

Click here for Flood Control Information.

| ESTIMATED LOT SIZE AND APPRAISAL INFORMATION | |
|---|---|
| ESTIMATED SIZE | 0.19 ACRES |
| ORIGINAL CONST. YEAR | 1963 |
| LAST SALE PRICE | 350000 |
| MONTH/YEAR | 7/2019 |
| SALE TYPE | X - EXEMPT |
| LAND USE | 32.140 - MF RES 3 TO 4 UNITS. FOURPLEX |
| DWELLING UNITS | 4 |

| PRIMARY RESIDENTIAL STRUCTURE | | | | | |
|---|---|---|---|---|---|
| 1ST FLOOR SQ. FT. | 1992 | CASITA SQ. FT. | | ADDN/CONV | |
| 2ND FLOOR SQ. FT. | 1908 | CARPORT SQ. FT. | | POOL | NO |
| 3RD FLOOR SQ. FT. | | STYLE | FOUR PLEX | SPA | NO |
| UNFINISHED BASEMENT SQ. FT. | 0 | BEDROOMS | 9 | TYPE OF CONSTRUCTION | FRAME-STUCCO |
| FINISHED BASEMENT SQ. FT. | 0 | BATHROOMS | 5 FULL /1 HALF | ROOF TYPE | BUILT-UP |
| BASEMENT GARAGE SQ. FT. | 0 | | | FIREPLACE | 0 |
| TOTAL GARAGE SQ. FT. | 0 | | | | |

| ASSESSOR MAP VIEWING GUIDELINES | |
|---|---|
| MAP | 162155 |
| | In order to view the Assessor map you must have Adobe Reader installed on your computer system.<br><br>If you do not have the Reader it can be downloaded from the Adobe site by clicking the following button. Once you have downloaded and installed the Reader from the Adobe site, it is not necessary to perform the download a second time to access the maps. |

Note: This record is for assessment use only. No liability is assumed as to the accuracy of the data delineated hereon.

 Assessor

# Briana Johnson, Assessor
## PARCEL OWNERSHIP HISTORY

| ASSESSOR DESCRIPTION |
|---|
| CONTINENTAL PARK #1 PLAT BOOK 7 PAGE 68 LOT 6 BLOCK 1 |

| CURRENT PARCEL NO. | CURRENT OWNER | % | RECORD DOC NO. | RECORD DATE | VESTING | TAX DIST | EST SIZE | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| 162-15-510-015 | ALEX GOLD HOLDINGS L L C | | 20190718:02730 | 7/18/2019 | NS | 470 | .19 AC | |

| PARCEL NO. | PRIOR OWNER(S) | % | RECORD DOC NO. | RECORD DATE | VESTING | TAX DIST | EST SIZE | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| 162-15-510-015 | BYKHOVSKY ALEXANDER | | 20181130:03534 | 11/30/2018 | NS | 470 | SUBDIVIDED LOT | C-20181130:3533 |
| 162-15-510-015 | CORRAL LUCY REVOCABLE TRUST<br><br>ROMANO GINA TRS | | 20180213:02831 | 02/13/2018 | NS | 470 | SUBDIVIDED LOT | |
| 162-15-510-015 | MON CHERRI L L C | | 20161025:02957 | 10/25/2016 | NS | 470 | SUBDIVIDED LOT | |
| 162-15-510-015 | BARBIERI FAMILY LIMITED PTNRSHIP | | 20121227:01905 | 12/27/2012 | NS | 470 | SUBDIVIDED LOT | |
| 162-15-510-015 | BARBIERI GILBERT C & ANNA-MARIA | | 20121227:01896 | 12/27/2012 | JT | 470 | SUBDIVIDED LOT | |
| 162-15-510-015 | BARBIERI TRUST<br><br>BARBIERI GILBERT CARLO TRS | | 20090609:03920 | 06/09/2009 | NS | 470 | SUBDIVIDED LOT | |
| 162-15-510-015 | FULMER-TULAYA SASIPIMOL | | 20040308:00616 | 03/08/2004 | NS | 470 | SUBDIVIDED LOT | |
| 162-15-510-015 | MARESCH MICHAEL | | 20040308:02355 | 03/08/2004 | NS | 470 | SUBDIVIDED LOT | |
| 162-15-510-015 | CASA MIA INC | | 19971003:00253 | 10/03/1997 | NS | 470 | SUBDIVIDED LOT | C-990922:656 |
| 162-15-510-015 | MOREIRA ALBERT & KAN | | 19960405:00726 | 04/05/1996 | JT | 470 | SUBDIVIDED LOT | |
| 162-15-510-015 | MOREIRA ALBERT & KAN L | | 19960105:01143 | 01/05/1996 | JT | 470 | SUBDIVIDED LOT | |
| 162-15-510-015 | MENDOZA | | 19900913:00059 | 09/13/1990 | JT | 470 | SUBDIVIDED LOT | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 510-015 | BIGHANI A & TERESA | | | | | LOT | |
| 130-123-013 | EXCHANGED TITLES INC | 19900913:00058 | 09/13/1990 | NS | 470 | SUBDIVIDED LOT | |
| 130-123-013 | MOREIRA ALBERT & KAN L | 0225:0184646 | 04/24/1972 | JT | 470 | SUBDIVIDED LOT | |
| 130-123-013 | BABERO BERT B & HARRIETT | | | | 470 | SUBDIVIDED LOT | |
| 130-123-013 | BABERO BERT B & HARRIETT | | | | 470 | SUBDIVIDED LOT | INITIAL |

Click the following link to view the parcel geneology

[Parcel Tree](#)

Note: Only documents from September 15, 1999 through present are available for viewing.

**NOTE:** THIS RECORD IS FOR ASSESSMENT USE ONLY. NO LIABILITY IS ASSUMED AS TO THE ACCURACY OF THE DATA DELINEATED HEREON.

Inst #: 20190718-0002730
Fees: $40.00
RPTT: $0.00  Ex #: 009
07/18/2019 02:33:06 PM
Receipt #: 3771122
Requestor:
ALEXANDER BYKHOVSKY
Recorded By: VELAZN   Pgs: 4
**DEBBIE CONWAY**
**CLARK COUNTY RECORDER**
Src: **FRONT COUNTER**
Ofc: **MAIN OFFICE**

# RECORDING COVER PAGE
(Must be typed or printed clearly in BLACK ink only and avoid printing in the 1" margins of document)

APN# **162-15-510-015**

(11 digit Assessor's Parcel Number may be obtained at: http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

## TITLE OF DOCUMENT
(DO NOT Abbreviate)

### NEVADA QUIT CLAIM DEED

Document Title on cover page must appear EXACTLY as the first page of the document to be recorded.

**RECORDING REQUESTED BY:**
**ALEXANDER BYKHOVSKY**

**RETURN TO:** Name **ALEXANDER BYKHOVSKY**
Address **3371 ROME STREET APT 1**
City/State/Zip **LAS VEGAS, Nevada 89169**

**MAIL TAX STATEMENT TO:** (Applicable to documents transferring real property)
Name _Same as Above_
Address _Same as Above_
City/State/Zip _Same as Above_

This page provides additional information required by NRS 111.312 Sections 1-2.
To print this document properly, do not use page scaling.
P:\Common\Forms & Notices\Cover Page Template Oct2017

**Prepared By**

ALEXANDER BYKHOVSKY
3371 ROME STREET APT 1
LAS VEGAS, Nevada
89169

**After Recording Return To**

ALEXANDER BYKHOVSKY
3371 ROME STREET APT 1
LAS VEGAS, Nevada
89169

_____

Space Above This Line for Recorder's Use

## NEVADA QUIT CLAIM DEED

State of Nevada

CLARK County

KNOW ALL MEN BY THESE PRESENTS, that for and in consideration of the sum of ZERO Dollars ($0) and/or other valuable consideration to the below in hand paid to the Grantor(s) known as:

ALEXANDER BYKHOVSKY, a married individual, residing at 3371 ROME STREET , APT 1, LAS VEGAS, Nevada, 89169.
The receipt whereof is hereby acknowledged, the undersigned hereby conveys and quitclaims to ALEX GOLD HOLDINGS, LLC with ALEXANDER BYKHOVSKY acting as the Managing Member with a principal office address located at 3555 PECOS MCLEOD, LAS VEGAS, Nevada, 89121 (hereinafter called the "Grantee(s)") all the rights, title, interest, and claim in or to the following described real estate, situated in CLARK County, Nevada, to-wit:

APN: 162-15-510-015 LOT SIX (6) IN BLOCK IN BLOCK ONE (1) OF CONTINENTAL PARK NO. 1, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 7 OF PLATS, PAGE 68, IN THE OFFICE OF THE COUNTY RECORDER of CLARK COUNTY, NEVADA.

*ASSESSOR'S COPY*

**To have and to hold**, the same together with all and singular the appurtenances thereunto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever for the said first party, either in law or equity, to the only proper use, benefit and behoof of the said second party forever.

**Grantor's Signature** _____ Date July 1st 2019
**Print Name**: ALEXANDER BYKHOVSKY
**Address**: 3371 ROME STREET, APT 1, LAS VEGAS, Nevada, 89169

State of Nevada)

County of CLARK)

I, the undersigned, a Notary Public in and for said County, in said State, hereby certify that Alexander Bykhovsky whose names are signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, they, executed the same voluntarily on the day the same bears date.

Given under my hand this 1st day of July, 20 19.

_____ (SEAL)
Notary Public

My Commission Expires: 9/12/2022

MARLEN TORRES
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 14-14874-1
My Appt. Expires Sept. 12, 2022

STATE OF NEVADA
DECLARATION OF VALUE

1. Assessor Parcel Number(s)
   a. 162-15-510-015
   b. _____
   c. _____
   d. _____

2. Type of Property:
   a. [ ] Vacant Land    b. [ ] Single Fam. Res.
   c. [ ] Condo/Twnhse   d. [✓] 2-4 Plex
   e. [ ] Apt. Bldg      f. [ ] Comm'l/Ind'l
   g. [ ] Agricultural   h. [ ] Mobile Home
      [ ] Other

| FOR RECORDERS OPTIONAL USE ONLY |
| --- |
| Book_____ Page:_____ |
| Date of Recording: _____ |
| Notes: |

3.a. Total Value/Sales Price of Property    $ 350,000
   b. Deed in Lieu of Foreclosure Only (value of property ( _____ )
   c. Transfer Tax Value:                   $ _____
   d. Real Property Transfer Tax Due        $ _____

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section 9
   b. Explain Reason for Exemption: Transfer to a burner Entity of which grantor is 100% owner

5. Partial Interest: Percentage being transferred: 100 %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____    Capacity: Grantor

Signature _____    Capacity: _____

**SELLER (GRANTOR) INFORMATION (REQUIRED)**   **BUYER (GRANTEE) INFORMATION (REQUIRED)**
Print Name: Alexander Bykhovsky A.B.   Print Name: Alex Gold Holdings LLC
Address: 3371 Rome St. #1            Address: 3555 Pecos McLeod
City: Las Vegas                       City: Las Vegas, NV
State: NV    Zip: 89169                State: NV    Zip: 89121

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**
Print Name: _____                Escrow # _____
Address: _____
City: _____                      State: _____    Zip: _____

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

Nevada / Clark County / Las Vegas / 3381 Rome St

⟲ 2 Weeks Ago

# 3381 Rome St

3381 Rome St, Las Vegas, NV 89169

University District

★★☆☆☆ (0 review) ⌄    ✓ Verified Listing

| Monthly Rent | Bedrooms | Bathrooms | Square Feet |
|---|---|---|---|
| $1,890 | 3 bd | 2 ba | 1,200 sq ft |

## Pricing & Floor Plans

Check Back Soon for Upcoming Availability    Alert Me About Listings

| Beds | Baths | Average SF | Availability |
|---|---|---|---|
| 3 Br | 2 Ba | 1,200 SF | Not Available |

Show Unavailable Floor Plans (1)

## About 3381 Rome St Las Vegas, NV 89169

Welcome to the Alex Gold Holdings- Private Community! This gorgeous community has been recently remodeled with furnished two-story units. We are located in Las Vegas, NV, and are centrally located near shopping and dining,

Features and amenities - Security Enclosed Fencing - Oven/Electric Stove - Microwave Oven - Hardwood and Tile Floors - Central Air Conditioning - Lots of Closet Space - Open Floor Plan - Washer/Dryer in Unit - Spacious Private Backyard Area - Close to public Transportation - Air Conditioned - Furnished - No Smoking