UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>                Plaintiff,<br><br>v.<br><br>UNPLUGGED MEDIA, LLC, and ALEXANDER BYKHOVSKY,<br><br>                Defendants. | Case No. 2:23-cv-02667-SPG-KS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR ALTERNATIVE SERVICE ON ALEXANDER BYKHOVSKY [DKT. ___]** |

On October 22, 2023, Plaintiff applied to this Court for Alternative Service on Defendant Alexander Bykhovsky. Plaintiff seeks alternative service on Alexander Bykhovsky.

The Court, having considered Plaintiff's Application, and finding good cause therefor, hereby GRANTS the Application, and and ORDERS as follows

1. ORDERED the application is GRANTED.
2. ORDERED Plaintiff may have a process server or other non-party to the case:
    a. post the operative complaint, summons, and alternative service order to address 3 and/or address 4,

    b. mail via first-class mail with a certificate of mailing, or via certified mail, a copy of the operative complaint, summons, and alternative service order to address 1, address 2, address 3, and address 4,

    c. and e-mail a copy of the operative complaint, summons, and alternative service order to alexgoldlv@gmail.com.

3. ORDERED that service in the above manner be effective three calendar days following the mailing of the documents identified above.

4. ORDERED that this method of service be authorized for service of the operative Complaint, and any future operative Complaint.

5. ORDERED that for service of future documents filed in this case, other than a complaint, service may be made on the above addresses via mailing, by the Plaintiff, via first class mail or commercial delivery service, and via e-mail.

IT IS SO ORDERED.

Dated:

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE