Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>                Plaintiff,<br><br>    v.<br><br>UNPLUGGED MEDIA, LLC, and ALEXANDER BYKHOVSKY,<br><br>                Defendants. | Case No. 2:23-cv-02667-SPG-KS<br><br>District Judge Sherilyn Peace Garnett<br>Magistrate Judge Karen L. Stevenson<br><br>**CERTIFICATE OF SERVICE AS TO BRIEFING SCHEDULE ORDER (ECF NO. 26)** |

    Plaintiff, Jorge Alejandro Rojas, files this certificate of service as to this Court's order converting Plaintiff's Ex Parte Application (ECF No. 25) to a Motion for Alternative Service (ECF No. 26).

    On October 26, 2023, Plaintiff mailed the Court's October 24, 2023 Order (ECF No. 26) to: Unplugged Media LLC 954 Ponce de Leon Ste 205 PMB 10560 San Juan, PR 00907, Alexander Bykhovsky 1800 McLeary Avenue Apt 402, San Juan, Puerto Rico 00911, and Alexander Bykhovsky 3371 Rome St APT 1, Las Vegas, NV 89169, via USPS First Class Mail. On October 24, 2023, Plaintiff e-mailed the Order to Alexander Bykhovsky's e-mail of alexgoldlv@gmail.com.

Plaintiff apologizes to the Court for the filing of the request as an ex parte application, and in the future will file for such requested relief as a regularly noticed motion.

Respectfully submitted,

Dated: October 26, 2023

*/s/ Jorge Alejandro Rojas*
Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

### CERTIFICATE OF SERVICE

A copy of this filing will be sent to Defendants last known address via USPS First Class Mail.

Dated: October 26, 2023

*/s/ Jorge Alejandro Rojas*