| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*:<br>Jorge Rojas <rojas.jorge96@gmail.com><br>557 Cambridge Way<br>Bolingbrook, IL 60440<br>  TELEPHONE NO.: 424-219-1582   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>  ATTORNEY FOR *(Name)*: JORGE ALEJANDRO ROJAS | FOR COURT USE ONLY |
|---|---|
| United States District Court, Central District of California<br>  STREET ADDRESS: 350 W 1st Street Suite 4311<br>  MAILING ADDRESS: 350 W 1st Street Suite 4311<br>  CITY AND ZIP CODE: Los Angeles 90012<br>  BRANCH NAME: First Street Federal Courthouse | |
| PLAINTIFF/PETITIONER: JORGE ALEJANDRO ROJAS | CASE NUMBER: |
| DEFENDANT/RESPONDENT: BOTTOM LINE CONCEPTS LLC; ET AL. | 2:23-CV-02667-SPG-KS |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>REF-13576519 |

BY FAX

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents)*:
   Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judg; SUMMONS IN A CIVIL ACTION ON AMENDED COMPLAINT; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; STANDING ORDER REGARDING NEWLY ASSIGNED CIVIL CASES; AMENDED COMPLAINT

3. a. Party served *(specify name of party as shown on documents served)*:
      Unplugged Media, LLC

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

      Victor Smushkevich, Agent for Service

4. Address where the party was served:
   954 Ave Ponce de Leon,, Suite 205 - PMB 10560, San Juan, PR 00907

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: __ / __ / 20__ at *(time)*: _____

   b. [X] **by substituted service.** On *(date)*: 9 / 28 / 2023 at *(time)*: 10:43AM   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      Pilar Rivera (Private Mailbox General Manager)

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [X] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

| PLAINTIFF/PETITIONER: JORGE ALEJANDRO ROJAS | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: BOTTOM LINE CONCEPTS LLC; ET AL. | 2:23-CV-02667-SPG-KS |

(4) [X] I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date)*: __ / __ / 20__ from *(city)*: _____ or [X] a declaration of mailing is attached.

(5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

c. [ ] **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1) on *(date)*:  __ / __ / 20___          (2) from *(city)*: _____

  (3) [ ] with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30)

  (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. [ ] **by other means** *(specify means of service and authorizing code section)*:_____

[ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify)*: _____
   c. [ ] as occupant.
   d. [X] On behalf of *(specify)*  Unplugged Media, LLC _____
      under the following Code of Civil Procedure section:
      
      [X] 416.10 (corporation)            [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)    [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association)  [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership)       [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)          [ ] 415.46 (occupant)
                                          [ ] other: _____

7. **Person who served papers**
   a. Name:  Jean M. Mercado
   b. Address:  PMB 706 P. O. Box 6017 Carolina, PR 00984-6017
   c. Telephone number:  787-931-7478
   d. The fee for service was:  _____
   e. I am:
      (1) [X] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ] registered California process server:
           (i) [ ] owner  [ ] employee  [ ] independent contractor.  For:
           (ii) [ ] Registration No.: _____   Registration #:

BY FAX

Page 2 of 3

POS-010 [Rev. January 1, 2007]


REF: REF-13576519

**PROOF OF SERVICE OF SUMMONS**

Tracking #: 0113328166


(iii) ☐ County: _____     County: _____

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 9/28/23

_____Jean M. Mercado_____        _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                    (SIGNATURE)

Page 3 of 3


REF: REF-13576519

**PROOF OF SERVICE OF SUMMONS**


Tracking #: 0113328166

# AFFIDAVIT OF SERVICE

| Case: 2:23-cv-02667-SPG-KS | Court: United States District Cout for the Central District of California | County: , CA | Job: 9609322 (113275259) |
|---|---|---|---|
| **Plaintiff / Petitioner:** JORGE ALEJANDRO ROJAS | | **Defendant / Respondent:** BOTTOM LINE CONCEPTS, LLC; JOSHUA FOX, UNPLUGGED MEDIA, LLC and ALEXANDER BYSHOVSKY | |
| **Received by:** CIG, LLC | | **For:** ABC Legal Services, Inc | |
| **To be served upon:** Unplugged Media , LLC | | | |

I, Jean M. Mercado, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Pilar Rivera, Company: 954 Ave. Ponce de Leon Suite 205 PMB 10560, San Juan , PR 00907

**Manner of Service:** Corporation, Sep 28, 2023, 10:43 am -04

**Documents:** Notice to Cousel Re Consent to Proceed Before a United States Magistrate Judge; SUMMONS IN A CIVIL ACTION ON AMENDED COMPLAINT; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; STANDING ORDER REGARDING NEWLY ASSIGNED CIVIL CASES; AMENDED COMPLAINTS (Received Sep 20, 2023 at 11:35am -04)

**Additional Comments:**
1) Unsuccessful Attempt: Sep 20, 2023, 3:19 pm -04 at Company: 954 Ave. Ponce de Leon Suite 205 PMB 10560, San Juan , PR 00907
The Process Server (PS) arrived at the location provided. Once there, the PS spoke with a woman and asked her for the recipient. The woman check in the computer and she said that they are their clients. The PS asked for more information and she told him that they are a virtual mailbox in there and that they receive mail for the recipient. The woman was not allowed to gave the actual address of the recipient but she told the PS that he can leave the documents there and they can notified their client. The PS told her that he is not allowed to leave the documents in that address.

2) Successful Attempt: Sep 28, 2023, 10:43 am -04 at Company: 954 Ave. Ponce de Leon Suite 205 PMB 10560, San Juan , PR 00907 received by Pilar Rivera. Age: 25-35; Ethnicity: Latino; Gender: Female; Weight: 130-140; Height: 5'8"; Hair: Black; Eyes: Black; Relationship: Private Mailbox General Manager;
The Process Server (PS) arrived at the known location. Once there, the PS spoke with the General Manager of the private mailbox and asked her the name of the owner of the mailbox of Unplugged Media. She said that the only name she has is Unplugged Media. The PS proceeded to deliver the documents to her. The woman identified herself as Pilar Rivera.

_[signature]_     9/28/23

Jean M. Mercado     Date

CIG, LLC
PMB 706 P. O. Box 6017
Carolina, PR 00984-6017
787-931-7478

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State, Bar number, and address):<br>Jorge Rojas <rojas.jorge96@gmail.com><br>557 Cambridge Way<br>Bolingbrook, IL 60440<br>TELEPHONE NO.: 424-219-1582    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): JORGE ALEJANDRO ROJAS | FOR COURT USE ONLY |
|---|---|
| United States District Court, Central District of California<br>STREET ADDRESS: 350 W 1st Street Suite 4311<br>MAILING ADDRESS: 350 W 1st Street Suite 4311<br>CITY AND ZIP CODE: Los Angeles 90012<br>BRANCH NAME: First Street Federal Courthouse | |
| PLAINTIFF/PETITIONER: JORGE ALEJANDRO ROJAS | CASE NUMBER:<br>2:23-CV-02667-SPG-KS |
| DEFENDANT/RESPONDENT: BOTTOM LINE CONCEPTS LLC; ET AL. | |
| **DECLARATION OF MAILING** | Ref. No. or File No.:<br>REF-13576519 |

The undersigned hereby declares: that I am over 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place.

My business address is 316 W 2nd St. 3rd Floor, Los Angeles, CA 90012.

That on **September 29, 2023**, after substituted service was made, I mailed the following documents: **Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judg; SUMMONS IN A CIVIL ACTION ON AMENDED COMPLAINT; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; STANDING ORDER REGARDING NEWLY ASSIGNED CIVIL CASES; AMENDED COMPLAINT** to the servee in this action by placing a true copy thereof enclosed in a sealed envelope with postage prepaid for first class mail and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in **Los Angeles**, **CA**.

That I addressed the envelope as follows:

**Unplugged Media, LLC**
**954 Ave Ponce de Leon, Suite 205 - PMB 10560**
**San Juan, PR 00907**

BY FAX

That I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

That I executed this declaration on 9/29/2023 at Los Angeles, CA.



Declarant: **Jesus Alvarez**, Reg. # 6585

REF: **REF-13576519**

Tracking #: 0115013600

