Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>UNPLUGGED MEDIA, LLC, and ALEXANDER BYKHOVSKY,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-02667-SPG-KS<br><br>District Judge Sherilyn Peace Garnett<br>Magistrate Judge Karen L. Stevenson<br><br>**REQUEST FOR CLERKS ENTRY OF DEFAULT AS TO UNPLUGGED MEDIA, LLC** |

　　　Plaintiff, Jorge Alejandro Rojas, pursuant to Fed. R. Civ. P. 55(a), requests the Clerk make an Entry of Default against Defendant Unplugged Media, LLC ("Unplugged Media").

　　　Defendant Unplugged Media was served with the Amended Complaint (Dkt. 12) in this action on September 28, 2023 by a process server to Pilar Rivera, the Private Mailbox General Manager, who was the person in charge at the usual mailing address of the person to be served, at the address listed with the Puerto Rico Secretary of State for the corporate entity, other than a USPS Post Office box, following due diligence attempts. A mailing was subsequently sent on September 29, 2023, from California. Dkt. 28. Plaintiff notes he filed an earlier proof of service, that inadvertently was not signed. That proof of service

also reflects that a mailing was made on September 28, 2023, from Puerto Rico. Plaintiff filed the corrected proof of service on November 1, 2023.

More than twenty one (21) days following service have elapsed. Unplugged Media is not an infant, in the military, or incompetent. Unplugged Media has failed to plead or otherwise defend this action. Plaintiff has not received a responsive pleading from Unplugged Media and the Court's docket does not show any filings.

Having met all the factors to make an entry of default, Plaintiff requests the Clerk make an Entry of Default as to Defendant Unplugged Media.

Respectfully submitted,

Dated: November 2, 2023

*/s/ Jorge Alejandro Rojas*
Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

### CERTIFICATE OF SERVICE

A copy of this filing will be sent to Defendants last known address via USPS First Class Mail.

Dated: November 2, 2023

*/s/ Jorge Alejandro Rojas*