# EXHIBIT 1

# EXHIBIT 1

Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>        Plaintiff,<br><br>    v.<br><br>UNPLUGGED MEDIA, LLC, et al,<br><br>        Defendants. | Case No. 2:23-cv-02667-SPG-KS<br><br>**DECLARATION OF JORGE ALEJANDRO ROJAS IN SUPPORT OF REQUEST FOR ELECTRONIC APPEARANCE VIA ZOOM** |

I, Jorge Alejandro Rojas, an adult of sound mind, declare as follows:

1. I am the Plaintiff in this case, and make the following statements based on my personal knowledge and records. If called to testify concerning any of these statements, I will be able to do so.
2. I make the statements in this declaration in support of Plaintiff's Request for Electronic Appearance via Zoom.
3. I am an employed as an Air Traffic Control Specialist, with the Federal Aviation Administration, and have been assigned to the Chicago Air Route Traffic Control Center, located in Aurora, IL, since approximately September 2018.

4. My work schedule primarily consists of one day off a week, typically Thursdays, and I work approximately 48-55 hours per week, with a schedule that varies between working morning, afternoon, and evening shifts.

5. My current schedule for the week of the hearing would necessitate that I miss at least one, and possibly two days of work to attend the hearing in person, as I would travel from Chicago, Illinois. If I were to attend the hearing virtually the period which I miss would be shorter as I would not need to travel as well as be more economical because I would not need to purchase air fare.

6. When communicating with Defendant Bykhovsky concerning the entry of default against his company, Unplugged Media, LLC, he stated in response "I am in Panama. It is logistically impossible for me to address this until/unless I move back to the United States."

7. I believe that attending the hearing virtually via Zoom would allow me, and possibly Mr. Bykhovsky if he chooses to attend, the ability to answer any questions or concerns the Court has at oral argument concerning the pending motion. I am unaware of Mr. Bykhovsky intending to attend, and I am unaware of any filing filed by him in opposition to the pending motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on December 1, 2023, in Bolingbrook, IL.

_____
Jorge Alejandro Rojas