1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNPLUGGED MEDIA, LLC, et al,<br><br>　　　　　　　Defendants. | Case No. 2:23-cv-02667-SPG-KS<br><br>**[PROPOSED] ORDER GRANTING [REQUEST FOR ELECTRONIC APPERANCE VIA ZOOM] [ECF NO. 33]** |

　　　On December 1, 2023, Plaintiff filed a Request for Electronic Appearance via Zoom concerning the December 13, 2023 hearing on the Motion for Alternative Service.

　　　Plaintiff seeks to attend the December 13, 2023 hearing on Plaintiff's Motion for Alternative Service via Zoom.

　　　The Court, having considered Plaintiff's request, and finding good cause therefor, hereby GRANTS the Request and ORDERS as follows

-1-

1. Plaintiff may attend the December 13, 2023 hearing on Plaintiff's Motion for Alternative Service via Zoom.

IT IS SO ORDERED.

Dated:

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE