UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>UNPLUGGED MEDIA, LLC, et al,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-02667-SPG-KS<br><br>**ORDER GRANTING REQUEST FOR ELECTRONIC APPERANCE VIA ZOOM [ECF NO. 33]** |

On December 1, 2023, Plaintiff filed a Request for Electronic Appearance via Zoom concerning the December 13, 2023 hearing on the Motion for Alternative Service. The Court, having considered Plaintiff's request, and finding good cause therefor, hereby GRANTS the Request: Plaintiff may attend the December 13, 2023 hearing on Plaintiff's Motion for Alternative Service via Zoom.

IT IS SO ORDERED.

Dated: December 1, 2023

　　　　　　　　　　　　　　　　　　　HON. SHERILYN PEACE GARNETT
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE