

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JORGE ALEJANDRO ROJAS
Plaintiff,

vs.

BOTTOM LINE CONCEPTS LLC, et al.
Defendant,

Case No.: 2:23-cv-02667-SPG-KS

**PROOF OF SERVICE**

Came to hand on 1/24/2024 at 11:21 AM a true copy of the below referenced documents.

The undersigned is over the age of 18 years and not a party to the action. The undersigned is qualified and appointed under ARCP §4(d) & §4(e) to serve legal process within the State of Arizona.

Upon: **ALEXANDER BYKHOVSKY**

Via: EMAIL ONLY

SERVED On 01/24/2024 at 11:33 AM, the undersigned served copies of:
Summons in a Civil Action on Amended Complaint; Amended Complaint; Certification and Notice of Interested Persons; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Standing Order Regarding Newly Assigned Civil Cases; In Chambers Order on Plaintiff's Ex Parte Application for Alternative Service

In the following manner: EMAIL

[✓] A copy of the legal process served was sent by email on 01/24/2024 to the following address: ALEXGOLDLV@GMAIL.COM

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing information contained in the Proof of Service is true and correct. [ARCP Rule 80(c)]

SIGNED, _____
John Osborn,

Client File #: 11028



Job Number: 46743    Private Process Server ID # 8024,
Maricopa County



JOHN OSBORN <info@asapserve.com>

## LEGAL DOCUMENTS 2:23-cv-02667-SPG-KS ROJAS VS BYKHOVSKY
2 messages

**ASAP Serve** <info@asapserve.com>  
To: ALEXGOLDLV@gmail.com

Wed, Jan 24, 2024 at 11:33 AM

ATTN: ALEXANDER BYKHOVSKY

Attached are legal documents in the above captioned case. These documents are being served to via E-MAIL by order to the Judge in the Central District of California.

******THIS IS NOT SPAM******THESE ARE TRUE AND CORRECT COPIES OF THE FOLLOWING LEGAL DOCUMENTS:

Summons in a Civil Action on Amended Complaint; Amended Complaint; Certification and Notice of Interested Persons; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Standing Order Regarding Newly Assigned Civil Cases; In Chambers Order on Plaintiff's Ex Parte Application for Alternative Service

JOHN OSBORN  
ASAP Serve, LLC  
**(480) 821-1552**  
240 E. COURY AVE, STE 130  
Mesa, Az 85210

We have two speeds...*Fast and Faster!!!!!*  
www.ASAPSERVE.com




ALEXANDER BYKHOVSKY LEGAL DOCUMENTS.pdf  
2965K

**ASAP Serve** <info@asapserve.com>  
To: ALEXGOLDLV@gmail.com

Wed, Jan 24, 2024 at 11:33 AM

[Quoted text hidden]


ALEXANDER BYKHOVSKY LEGAL DOCUMENTS.pdf  
2965K

**Email Delivery Certificate generated by Mailtrack**

| | |
|---|---|
| From | JOHN OSBORN <info@asapserve.com> |
| Subject | LEGAL DOCUMENTS 2:23-cv-02667-SPG-KS ROJAS VS BYKHOVSKY |
| Message ID | <CAOUZTR8wscFsmiy_8c45FXFycEXN0uickTL8mh2yw2m+XAFrvg@mail.gmail.com> |
| Delivered on | 24 Jan, 2024 at 11:33 AM |
| Delivered to | <ALEXGOLDLV@GMAIL.COM> |

**Tracking history**

👁 Opened on 24 Jan, 2024 at 12:03 PM by ALEXGOLDLV@GMAIL.COM

mailtrack

2024 © **The Mail Track Company, S.L.**
C/ Córcega 301, At. 2.
08008 Barcelona - España

Page 1/1

 **ASAP SERVE, LLC**

240 E. COURY AVE, STE 130, MESA, AZ 85210                         Phone 480-821-1552 -- FAX (480) 639-6462

# PAID

Due upon receipt
Invoice Date: 1/25/2024
Invoice #: 46743

Attn:
ROJAS, JORGE
557 CAMBRIDGE WAY
BOLINGBROOK, IL 60440

Job#: 46743
Client File#: 11028

**TOTAL INVOICE AMOUNT DUE**

$0.00

THANK YOU FOR YOUR BUSINESS.

---

Job #: 46743    Your #: 11028
Plaintiff: JORGE ALEJANDRO ROJAS
Defendant: BOTTOM LINE CONCEPTS LLC, et al.
Case Number 2:23-cv-02667-SPG-KS
Documents: Summons in a Civil Action on Amended Complaint;

Recipient: ALEXANDER BYKHOVSKY
Person Served: ALEXANDER BYKHOVSKY
EMAIL ONLY, ,

Date Received: 1/24/2024
Completed: 1/24/2024

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| ROUTINE SERVICE OF PROCESS-DISCOUNTED | 1 | $59.00 | $59.00 |
| | | Job Total Due = | $0.00 |
| 1/24/2024   Payment Check # | | | $-59.00 |
| | | Job Total Recd = | -$59.00 |

**TOTAL INVOICE CHARGES:**                                                                         $59.00
**TOTAL INVOICE PAYMENTS:**                                                                       -$59.00
**TOTAL INVOICE AMOUNT DUE:**                                                                      $0.00

Page 1