# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS<br><br>Plaintiff(s),<br><br>v.<br><br>BOTTOM LINE CONCEPTS LLC, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23–cv–02667–SPG–KS<br><br><br>NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   2/14/2024

Document No.:   40

Title of Document:   Motion to Dismiss

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or untimely.

Local Rule 7–1.1 no notice of interested parties.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: February 23, 2024        By:  /s/ *Ingrid Valdes  ingrid_valdes@cacd.uscourts.gov*
                                         Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**