**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Jorge Alejandro Rojas | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) | 2:23-cv-02667-SPG-KS |
| v. | |
| Bottom Line Concepts LLC et al | **NOTICE OF CLERICAL ERROR** |
| DEFENDANT(S) | |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☒ docket entry   have/has been corrected as indicated below.

Title of scanned document:   Default by Clerk

Filed date:   2/23/2024   Document Number(s):   39

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected.  The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document . The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document . The correct magistrate judge's initials are: _____ .

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____ . The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern  division.  The case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern  division. The former case number has been changed to new case number _____ .

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF   was stamped on the document. The correct date is _____ .

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other:   Due to Clerical Error, Default by Clerk issued improperly.  Defendant Alexander Bykhovsky filed a Motion to Dismiss on 2/14/2024.  Parties should disregard the Default issued.

CLERK, U.S. DISTRICT COURT

Date:   2/23/2024

By:   I. Valdes  ingrid_valdes@cacd.uscourts.gov
Deputy Clerk