LODGED

Alexander Bykhovsky
Defendant Pro Se
40 Calle Elbrus
Panama City, Panama 0801

2024 MAR -6 PM 3: 16

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JORGE ALEJANDRO ROJAS,

    Plaintiff,

v.

BOTTOM LINE CONCEPTS, LLC, JOSHUA FOX, UNPLUGGED MEDIA, LLC, and ALEXANDER BYKHOVSKY,

    Defendants,

Civil Case No.: 2:23-cv-02667-SPG-KS

District Judge Sherilyn Peace Garnett
Magistrate Judge Karen L. Stevenson

## PROPOSED ORDER

Upon consideration of Plaintiff's Motion to Dismiss Plaintiff's First Amended Complaint or in the Alternative to Strike Process of Service, , it is this, __6__ day of __March__, 2024,

**ORDERED** that Plaintiff's First Amended Complaint is **DISMISSED**;

**SO ORDERED**

                                              **United States District Judge**

1

1  Alexander Bykhovsky
2  Defendant Pro Se
   40 Calle Elbrus
3  Panama City, Panama 0801

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BOTTOM LINE CONCEPTS, LLC, JOSHUA FOX, UNPLUGGED MEDIA, LLC, and ALEXANDER BYKHOVSKY,<br><br>　　　　　Defendants, | Civil Case No.: 2:23-cv-02667-SPG-KS<br><br>District Judge Sherilyn Peace Garnett<br>Magistrate Judge Karen L. Stevenson |

## PROPOSED ORDER

I hereby certify that on March 7, 2024, I caused a true copy of the foregoing, Defendant's Motion to Dismiss or in the alternative to Strike Service of Process to be served on Jorge Rojas via United States Postal Service:

Jorge Rojas
557 Cambridge Way
Bolingbrook, IL 60440

Submitted By,

*/s/ Alex B/*

Alexander Bykhovsky

1

Defendant Pro Se
40 Calle Elbrus
Panama City, Panama 0801