# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>     Plaintiff,<br><br>  v.<br><br>UNPLUGGED MEDIA, LLC, and ALEXANDER BYKHOVSKY,<br><br>     Defendants. | Case No. 2:23-cv-02667-SPG-KS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT [DKT. ___]** |

  On March 10, 2024, Plaintiff moved this Court for leave to file a Second Amended Complaint.

  The Court, having considered Plaintiff's Motion, and finding good cause therefor, hereby GRANTS the Motion, and ORDERS as follows

1. ORDERED the Motion is GRANTED.
2. ORDERED that Plaintiff shall file the proposed Second Amended Complaint, as attached as Exhibit 1 to his Motion, within ten (10) calendar days of this order.

3. ORDERED that Alexander Bykhovsky's Motion to Dismiss for Lack of Personal Jurisdiction or in the Alternative to Strike Plaintiff's Service of Process (Dkt. 46) is terminated as moot without prejudice.

IT IS SO ORDERED.

Dated:

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE