Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNPLUGGED MEDIA, LLC, and ALEXANDER BYKHOVSKY,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-02667-SPG-KS<br><br>District Judge Sherilyn Peace Garnett<br>Magistrate Judge Karen L. Stevenson<br><br>**NOTICE OF LODGING OF PROPOSED SECOND AMENDED COMPLAINT** |

　　　Plaintiff, Jorge Alejandro Rojas, lodges a proposed copy of the Second Amended Complaint. Exhibit 1 to this filing is a "clean" version of the proposed Second Amended Complaint and is identical in nature to the exhibit filed in the motion for leave to file. Exhibit 2 to this filing is a "red lined" version of the proposed Second Amended Complaint, and identifies the changes between the operative complaint and the Second Amended Complaint.

　　　Respectfully submitted,

　　　///

Dated: March 10, 2024

*/s/ Jorge Alejandro Rojas*
JORGE ALEJANDRO ROJAS
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

## CERTIFICATE OF SERVICE

A copy of this filing is being sent to the last known address for Defendants on the day of filing of this document via mail.

*/s/ Jorge Alejandro Rojas*
JORGE ALEJANDRO ROJAS