FILED

Alexander Bykhovsky
Defendant Pro Se
40 Calle Elbrus
Panama City, Panama 0801

2024 MAR -7  PM 1: 16

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JORGE ALEJANDRO ROJAS,

                Plaintiff,

v.

BOTTOM LINE CONCEPTS, LLC,
JOSHUA FOX, UNPLUGGED MEDIA,
LLC, and ALEXANDER BYKHOVSKY,

                Defendants,

Civil Case No.:  2:23-cv-02667-SPG-KS

District Judge Sherilyn Peace Garnett
Magistrate Judge Karen L. Stevenson

**MOTION TO SET ASIDE ENTRY OF DEFAULT**

Pro Se Defendant Alexander Bykhovskiy ("Bykhovsky") respectfully asks the Court to set aside the Entry of Default entered on the Docket on March 6, 2024, Bykhovsky was served with the summons and First Amended Complaint via email on January 24, 2024. Defendant's deadline to respond to the Complaint was February 14, 2024. Defendant responded to the Complaint on time by having a motion to dismiss delivered to the District Court House located at 255 East Temple Street, Suite 180, Los Angeles, California 90012. This motion was accepted by the Clerk and date and time stamped. Unfortunately, Defendant later discovered he did not sign the documents. On March 6, 2024, Defendant again delivered a response to the above-styled Complaint.

1

1

2          Defendant Bykhovsky responded to the Complaint on time but failed to sign the

3    response.  This is an excusable error by a Pro Se litigant.  Defendant Bykhovsky

4    therefore requests that the Court set aside the Entry of Default so that the case may be

5    decided on the merits.

6

7

8

9                                        Submitted By,

10

11

12                                       Alexander Bykhovsky
                                         Defendant Pro Se
13                                       40 Calle Elbrus
                                         Panama City, Panama 0801
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                                              2