LODGED

2024 MAR -7  PM 1: 16

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

Alexander Bykhovsky
Defendant Pro Se
40 Calle Elbrus
Panama City, Panama 0801

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JORGE ALEJANDRO ROJAS,

Plaintiff,

v.

BOTTOM LINE CONCEPTS, LLC,
JOSHUA FOX, UNPLUGGED MEDIA,
LLC, and ALEXANDER BYKHOVSKY,

Defendants,

Civil Case No.:  2:23-cv-02667-SPG-KS

District Judge Sherilyn Peace Garnett
Magistrate Judge Karen L. Stevenson

## PROPOSED ORDER

Upon consideration of Plaintiff's Motion to Set Aside Entry of Default, it is this,

_____ day of _____, 2024,

**ORDERED** that the Entry of Default is **SET ASIDE;**

**SO ORDERED**

_____
**United States District Judge**

1