# EXHIBIT 1

# EXHIBIT 1

1  Jorge Alejandro Rojas
2  Rojas.jorge96@gmail.com
   Plaintiff in Pro Se
3  557 Cambridge Way
   Bolingbrook, IL 60440
4  424-219-1582
5
6
7
8               **UNITED STATES DISTRICT COURT**
9               **CENTRAL DISTRICT OF CALIFORNIA**
10
11 JORGE ALEJANDRO ROJAS,                 Case No. 2:23-cv-02667-SPG-KS
12                     Plaintiff,
                                          **DECLARATION OF JORGE**
13       v.                               **ALEJANDRO ROJAS IN SUPPORT**
                                          **OF PLAINTIFF'S RESPONSE TO**
14                                        **MOTION TO SET ASIDE ENTRY OF**
15 UNPLUGGED MEDIA, LLC, and              **DEFAULT**
   ALEXANDER BYKHOVSKY,
16
                       Defendants.
17
18
19 I, Jorge Alejandro Rojas, an adult of sound mind, declare as follows:

20   1. I am the Plaintiff in this case, and make the following statements based on my
21      personal knowledge and records. If called to testify concerning any of these
22      statements, I will be able to do so.

23   2. I make the statements in this declaration in support of my response to Plaintiff's
24      Response to Motion to Set Aside Entry of Default.

25   3. Defendant Bykhovsky did not confer with me prior to the filing of his motion to set
26      aside, filed March 7, 2024.

27   4. On or about March 9, 2024, I received a mailing from "Chris Cuenza, 228 S Ave 18
28      Unit E Los Angeles, CA 90031" addressed to me, mailed via USPS Priority Mail,

                                       -1-

1   with a post mark of March 7, 2024, tracking number 9505515833414067786168.

2   Inside was a copy of the motion to set aside entry of default, which was not signed.

3   The copy reflected on the Court's docket contains signatures – which I do not believe

4   to be Defendants – and his purported initials on each page.

5   5. On March 17, 2024, I identified that a new property document recording was made

6   in the Clark County, Nevada Property Assessor's office, for a property owned by

7   Alex Gold Holdings, LLC, which Bykhovsky is the sole officer for. Parcel Number

8   162-13-605-002 had a new filing with a record date of March 11, 2024, for a

9   transaction that occurred on or about March 8, 2024. That document, attached as

10   Exhibit 2 to my filing, is a copy of the deed entry which includes a different signature

11   for Mr. Bykhovsky than the one in the Court's records in the motion filed by

12   Defendant. This document is evidence of a public record which I obtained online

13   from the Clark County, Nevada Property Assessor's office.

14

15   Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

16   and correct. Executed on March 17, 2024, in Bolingbrook, IL.

17

18   _____

19   Jorge Alejandro Rojas

20

21

22

23

24

25

26

27

28

-2-