# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>              Plaintiff,<br><br>    v.<br><br>UNPLUGGED MEDIA, LLC, et al,<br><br>              Defendants. | Case No. 2:23-cv-02667-SPG-KS<br><br>**ORDER GRANTING [REQUEST FOR ELECTRONIC APPERANCE VIA ZOOM]** |

      On March 31, 2024 Plaintiff filed a Request for Electronic Appearance via Zoom concerning the April 17, 2024 hearing on Plaintiff's Motion to File Second Amended Complaint (Dkt. 48) and Defendant Alexander Bykhovsky's Motion to Dismiss Plaintiff's First Amended Complaint or in the Alternative to Strike Service (Dkt. 46).

      Plaintiff seeks to attend the April 17, 2024 hearing via Zoom.

      The Court, having considered Plaintiff's request, and finding good cause therefor, hereby GRANTS the Request and ORDERS as follows:

1. Plaintiff may attend the April 17, 2024 hearing on Plaintiff's Motion to File Second Amended Complaint (Dkt. 48) and Defendant Alexander Bykhovsky's Motion to Dismiss Plaintiff's First Amended Complaint or in the Alternative to Strike Service (Dkt. 46) via Zoom.

IT IS SO ORDERED.

Dated: April 4, 2024

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE