Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNPLUGGED MEDIA, LLC, and ALEXANDER BYKHOVSKY,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-02667-SPG-KS<br><br>District Judge Sherilyn Peace Garnett<br>Magistrate Judge Karen L. Stevenson<br><br>**NOTICE OF LODGING OF PROPOSED SECOND AMENDED COMPLAINT** |

Plaintiff, Jorge Alejandro Rojas, lodges a proposed copy of the Second Amended Complaint. Exhibit 1 to this filing is a "clean" version of the proposed Second Amended Complaint. Exhibit 2 to this filing is a "red lined" version of the proposed Second Amended Complaint, and identifies the changes between the operative complaint and the Second Amended Complaint.

Plaintiff believes this proposed Second Amended Complaint addresses the deficiencies the Court found (Dkt. 56) in the earlier proposed Second Amended Complaint. The changes made relate to demonstrating ALEXANDER BYKHOVSKY's involvement in the alleged telemarketing scheme as well as a change to the status of one of the corporate entities being sued – a change in status which occurred following the first proposed filing. Some of the more substantive additions include paragraphs 49-53, and 212-232.

Respectfully submitted,

Dated: August 2, 2024

*/s/ Jorge Alejandro Rojas*
JORGE ALEJANDRO ROJAS
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

**CERTIFICATE OF SERVICE**

A copy of this filing is being sent to the last known address for Defendants on the day of filing of this document via mail.

*/s/ Jorge Alejandro Rojas*
JORGE ALEJANDRO ROJAS