AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| JORGE ALEJANDRO ROJAS <br><br> *Plaintiff(s)* <br> v. <br> UNPLUGGED MEDIA, LLC, see attached <br><br> *Defendant(s)* | Civil Action No. 2:23-cv-02667-SPG-KS |

**SUMMONS IN A CIVIL ACTION**   ON SECOND AMENDED COMPLAINT

To: *(Defendant's name and address)*  CHRIS BIZ SERVICES, LLC (as a Texas company)
5900 Balcones Dr
Ste 10
Austin, TX 78731

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jorge Alejandro Rojas
557 Cambridge Way
Bolingbrook, IL 60440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  08/12/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-02667-SPG-KS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:



```
         FILED
CLERK, U.S. DISTRICT COURT

       8-6-2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PG_____ DEPUTY
```

| | |
|---|---|
| 1 | Jorge Alejandro Rojas |
| 2 | Rojas.jorge96@gmail.com<br>Plaintiff in Pro Se |
| 3 | 557 Cambridge Way |
| 4 | Bolingbrook, IL 60440<br>424-219-1582 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNPLUGGED MEDIA, LLC, ALEXANDER BYKHOVSKY aka ALEX GOLD, CHRIS BIZ SERVICES, LLC (as a Wyoming company), CHRIS BIZ SERVICES, LLC (as a Texas company), CHRISTOPHER GUTIERREZ CUENZA aka CHRIS CUENZA, and ALEX GOLD HOLDINGS, LLC,<br><br>　　　　　　Defendants[1]. | Case No. 2:23-cv-02667-SPG-KS<br><br>District Judge Sherilyn Peace Garnett<br>Magistrate Judge Karen L. Stevenson<br><br>**SECOND AMENDED COMPLAINT FOR:**<br><br>1. VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT, 47 U.S.C. § 227 |

---

[1] Defendants Chris Biz Services, LLC (as a Wyoming Company) and Chris Biz Services, LLC (as a Texas company), Christopher Gutierrez Cuenza aka Chris Cuenza, and Alex Gold Holdings, LLC, are new parties. Plaintiff adds an aka alias to Alexander Bykhovsky.

[2] Plaintiff files this proposed Second Amended Complaint in response to the Court's July 12, 2024 Order (Dkt. 56) – in an attempt to address the deficiencies noted in that Order with respect to Plaintiff's allegations of personal jurisdiction as it related to Defendant Bykhovsky.

-1-