# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JORGE ALEJANDRO ROJAS

Plaintiff(s),

v.

BOTTOM LINE CONCEPTS LLC, et al.

Defendant(s).

CASE NUMBER:

2:23–cv–02667–SPG–KS

## NOTICE OF DEFICIENCY DEFAULT/DEFAULT JUDGMENT

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of  Alexander Bykhovsky  for the following reason(s):

- ＿ No declaration as required by F.R.Civ.P 55(a)
- X  No proof of service/waiver of service on file
- ＿ The name of the person served does not exactly match the person named in complaint
- ＿ Proof of Service is lacking required information
- ＿ Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
- ＿ Time to respond has not expired
- ＿ Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
- ＿ Request for Entry of Default has been forwarded to the assigned Judge
- ＿ Party dismissed from action on
- ＿ Case terminated on
- X  Requesting party shall file a new Request/Application with noted deficiencies corrected in order to have **default reconsidered**.
- ＿ Other:

The Clerk cannot enter the requested **Default Judgment** against ＿ for the following reason(s):

- ＿ No Entry of Default on file
- ＿ No declaration as required by F.R.Civ.P 55(b)
- ＿ The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
- ＿ Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
- ＿ A declaration establishing the amount due must accompany the plaintiff's request for default judgment
- ＿ No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
- ＿ Amount sought is not for a sum certain or cannot be computed to a sum certain
- ＿ Attorney Fees sought not in compliance with Local Rule 55–3
- ＿ Amount sought for costs is incorrect
- ＿ Case terminated on
- ＿ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default judgment reconsidered**.
- ＿ Other:

CLERK, U.S. DISTRICT COURT

Date:  September 9, 2024 　　　　By:  /s/ *Ingrid Valdes* 
　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　ingrid_valdes@cacd.uscourts.gov