Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8
9

**CENTRAL DISTRICT OF CALIFORNIA**

10

JORGE ALEJANDRO ROJAS,

11

                 Plaintiff,

12

    v.

13

UNPLUGGED MEDIA, LLC, et al,

16

             Defendants.

17
18

Case No. 2:23-cv-02667-SPG-KS

  District Judge Sherilyn Peace Garnett
  Magistrate Judge Karen L. Stevenson

**CERTIFICATE OF SERVICE AS TO SECOND AMENDED COMPLAINT**

19
20

     Plaintiff, Jorge Alejandro Rojas, certifies that he served a copy of the Second Amended Complaint in this action upon the parties as follows:

21
22
23
24
25
26
27

     As to Defendant Alexander Bykhovsky, Plaintiff mailed on August 6, 2024, a copy of the Second Amended Complaint to 954 Ave Ponce De Leon Ste 205 Pmb 10560 SAN JUAN, PR 00907-3648 (the address listed with the Puerto Rico Department of State for Defendant Bykhovsky) as well as via mail to the address Defendant Alexander Bykhovsky has listed on the Court's docket, 40 Calle Elbrus Panama City, 0801 Panama. Defendant Bykhovsky appeared in this case when he filed documents. Dkts. 40, 46. Bykhovsky has moved to strike service (Dkt. 46), but the Court did not reach that argument when deciding

28

-1-

1   Bykhovsky's motion to dismiss (Dkt. 56). Bykhovsky was served with the Second

2   Amended Complaint pursuant to Fed. R. Civ. P. 5(b)(2)(C).

3         As to Defendant Unplugged Media, LLC, Plaintiff is in the process of serving

4   Unplugged Media, LLC utilizing a process server, as Default as to that Defendant has been

5   entered, and the Second Amended Complaint adds claims for relief. Plaintiff will file the

6   appropriate proof of service when that is completed.

7         As to the other Defendants, they are being served with the Second Amended

8   Complaint using a process server, and proofs of service will be filed as that is completed.

9         Respectfully submitted,

10        Dated: September 12, 2024.

11                                              */s/ Jorge Alejandro Rojas*
                                                Jorge Alejandro Rojas
                                                Rojas.jorge96@gmail.com
12                                              Plaintiff in Pro Se
                                                557 Cambridge Way
13                                              Bolingbrook, IL 60440
                                                (424) 219-1582
14

15                          **CERTIFICATE OF SERVICE**

16        A copy of this filing will be sent to each Defendants last known address and/or

17   registered agent via mail.

18        Dated: September 12, 2024.

19                                              */s/ Jorge Alejandro Rojas*

20

21

22

23

24

25

26

27

28

-2-