Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNPLUGGED MEDIA, LLC, et al,<br><br>　　　　　Defendants. | Case No. 2:23-cv-02667-SPG-KS<br><br>District Judge Sherilyn Peace Garnett<br>Magistrate Judge Karen L. Stevenson<br><br>**REQUEST FOR CLERKS ENTRY OF DEFAULT AS TO ALEXANDER BYKHOVSKY** |

　　　Plaintiff, Jorge Alejandro Rojas, pursuant to Fed. R. Civ. P. 55(a), requests the Clerk make an Entry of Default against Defendant Alexander Bykhovsky ("Bykhovsky").

　　　Defendant Bykhovsky was served with the Second Amended Complaint ("SAC") (Dkt. 59) on August 6, 2024. Bykhovsky was mailed a copy of the SAC by Plaintiff. Dkt. 74. Service was done in compliance with Fed. R. Civ. P. 5(b)(2)(C). At the time the SAC was filed, Defendant Bykhovsky was not in default (Dkt. 56), and had entered an appearance upon the filing of his motion to dismiss, and therefore service of the summons via a process server was not required. *See* Fed. R. Civ. P. 5(a)(1)(B) (providing that the Rule 5 method of serving pleadings governs pleadings "filed after the original complaint").

More than fourteen (14) days following service have elapsed. Bykhovsky is not an infant, in the military, or incompetent, and has failed to plead or otherwise defend this action. To date, Plaintiff has not been served with a copy of any responsive pleading to the SAC.

Respectfully submitted,

Dated: September 20, 2024.

*/s/ Jorge Alejandro Rojas*
Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

## **CERTIFICATE OF SERVICE**

A copy of this filing will be sent to each Defendants last known address and/or registered agent via mail.

Dated: September 20, 2024.

*/s/ Jorge Alejandro Rojas*