**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**





2:23 CV 02667 SPG

PANAMA



Case: 2:23cv02667  Doc: 55

Alexander Bykhovsky
40 Calle Elbrus
Panama City, 0801

Case: 2:23cv02667  Doc: 55

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<37733897@cacd.uscourts.gov>Subject:Activity in Case 2:23-cv-02667-SPG-KS Jorge Alejandro Rojas v. Bottom Line Concepts LLC et al Text Only Scheduling Notice Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 4/12/2024 at 10:09 AM PDT and filed on 4/12/2024

| | |
|---|---|
| **Case Name:** | Jorge Alejandro Rojas v. Bottom Line Concepts LLC et al |
| **Case Number:** | 2:23-cv-02667-SPG-KS |
| **Filer:** | |
| **Document Number:** | 55(No document attached) |

**Docket Text:**
**SCHEDULING NOTICE AND ORDER by Judge Sherilyn Peace Garnett. On the Courts own motion, DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION OR IN THE ALTERNATIVE TO STRIKE PLAINTIFF'S SERVICE OF PROCESS OF DEFENDANT BYKHOVSKY [46], and the MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT [48], set for hearing April 17, 2024, are taken off calendar. No appearance necessary until further notice by the Court. The unopposed MOTION TO SET ASIDE ENTRY OF DEFAULT filed at ECF No. [50], is taken under submission. The Court has concluded that pursuant to Local Rule 7.15, the matter can be decided without oral argument. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (pg) TEXT ONLY ENTRY**

**2:23-cv-02667-SPG-KS Notice has been electronically mailed to:**
Jorge Alejandro Rojas     rojas.jorge96@gmail.com, rojasjorge96@recap.email
Lawrence C Ecoff     ecoff@ecofflaw.com, aguero@ecofflaw.com, campain@ecofflaw.com, marquez@ecofflaw.com, yoon@ecofflaw.com
**2:23-cv-02667-SPG-KS Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Alexander Bykhovsky
40 Calle Elbrus
Panama City, 0801
Panama