**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



NEOPOST
03/11/2024
US POSTAGE $001



CDD - CALID...
DEVUELTO POR:
- Rechazado
- Desconocido
- No Recibe...
- ...
- Dirección Insuficiente
- ...
- ...
- Se Mudó
- Otro
Firma: [signature]
Fecha de Devolución: 2-7-24



FILED
CLERK, U.S. DISTRICT COURT
SEP 27 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ESA  DEPUTY

2:23CV02667 SPG

D/



RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 27 2024
CENTRAL DISTRICT OF CALIFORNIA
BY  DEPUTY



Case: 2:23cv02667  Doc: 47

Alexander Bykhovsky
40 Calle Elbrus
Panama City, 0801

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<37526826@cacd.uscourts.gov>Subject:Activity in Case 2:23-cv-02667-SPG-KS Jorge Alejandro Rojas v. Bottom Line Concepts LLC et al Text Only Scheduling Notice Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 3/8/2024 at 1:17 PM PST and filed on 3/8/2024

| | |
|---|---|
| **Case Name:** | Jorge Alejandro Rojas v. Bottom Line Concepts LLC et al |
| **Case Number:** | 2:23-cv-02667-SPG-KS |
| **Filer:** | |
| **Document Number:** | 47(No document attached) |

**Docket Text:**
NOTICE TO FILER RE DEFICIENCY by Judge Sherilyn Peace Garnett. Defendants motion to dismiss filed at ECF No. 46 fails to comply with the Local Rules because he still has failed to notice a hearing date, as required by C.D. Cal. Local Rule 6-1 (Notice and Service of Motion). On the Courts own motion, the Court sets the motion for hearing on Wednesday, April 17, 2024, at 1:30 pm. Consistent with the Local Rules, the Court reminds the parties of the associated briefing schedule: Plaintiffs opposition to the motion, if any, should be filed by March 27, 2024. Defendants reply brief in support of his motion, if any, should be filed by April 3, 2024. Procedures regarding hearings can be found on the Courts website, https://www.cacd.uscourts.gov under Judges Requirements/Judges Procedures and Schedules. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (pg) TEXT ONLY ENTRY

**2:23-cv-02667-SPG-KS Notice has been electronically mailed to:**
Jorge Alejandro Rojas    rojas.jorge96@gmail.com, rojasjorge96@recap.email
Lawrence C Ecoff    ecoff@ecofflaw.com, aguero@ecofflaw.com, campain@ecofflaw.com, marquez@ecofflaw.com, yoon@ecofflaw.com
**2:23-cv-02667-SPG-KS Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Alexander Bykhovsky
40 Calle Elbrus
Panama City, 0801