Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>                Plaintiff,<br><br>v.<br><br>UNPLUGGED MEDIA, LLC, et al,<br><br>                Defendants. | Case No. 2:23-cv-02667-SPG-KS<br><br>District Judge Sherilyn Peace Garnett<br>Magistrate Judge Karen L. Stevenson<br><br>**REQUEST FOR CLERKS ENTRY OF DEFAULT AS TO CHRISTOPHER GUTIERREZ CUENZA aka CHRIS CUENZA** |

      Plaintiff, Jorge Alejandro Rojas, pursuant to Fed. R. Civ. P. 55(a), requests the Clerk make an Entry of Default against Defendant CHRISTOPHER GUTIERREZ CUENZA aka CHRIS CUENZA ("Cuenza")

      Defendant Cuenza was served with the Second Amended Complaint ("SAC") (Dkt. 59) on September 9, 2024. Cuenza was served at an address for which he has mailed Plaintiff documents. Cuenza was served via a process server, and the individual served identified himself as being Cuenza. Dkt. 72.

      More than twenty one (21) days following service have elapsed. Cuenza is not an infant, in the military, or incompetent, and has failed to plead or otherwise defend this action. To date, Plaintiff has not been served with a copy of any responsive pleading to the SAC.

-1-

-2-

Respectfully submitted,

Dated: October 2, 2024.

/s/ Jorge Alejandro Rojas
Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

**CERTIFICATE OF SERVICE**

A copy of this filing will be sent to each Defendants last known address and/or registered agent via mail.

Dated: October 2, 2024.

/s/ Jorge Alejandro Rojas