Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>    Plaintiff,<br><br> v.<br><br>UNPLUGGED MEDIA, LLC, et al,<br><br>    Defendants. | Case No. 2:23-cv-02667-SPG-KS<br><br>District Judge Sherilyn Peace Garnett<br>Magistrate Judge Karen L. Stevenson<br><br>**REQUEST FOR CLERKS ENTRY OF DEFAULT AS TO CHRIS BIZ SERVICES, LLC (as a Wyoming company)** |

  Plaintiff, Jorge Alejandro Rojas, pursuant to Fed. R. Civ. P. 55(a), requests the Clerk make an Entry of Default against Defendant CHRIS BIZ SERVICES, LLC (as a Wyoming company) ("CBS-WY")

  Defendant CBS-WY was served with the Second Amended Complaint ("SAC") (Dkt. 59) on September 10, 2024. CBS-WY was served at an address for which it has designated as its registered agent, with the State of Wyoming, via a process server. Dkt. 75.

  More than twenty one (21) days following service have elapsed. CBS-WY is not an infant, in the military, or incompetent, and has failed to plead or otherwise defend this action. To date, Plaintiff has not been served with a copy of any responsive pleading to the SAC.

-1-

-2-

Respectfully submitted,

Dated: October 2, 2024.

*/s/ Jorge Alejandro Rojas*
Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

**CERTIFICATE OF SERVICE**

A copy of this filing will be sent to each Defendants last known address and/or registered agent via mail.

Dated: October 2, 2024.

*/s/ Jorge Alejandro Rojas*