Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>UNPLUGGED MEDIA, LLC, et al,<br><br>　　　　　　　Defendants. | Case No. 2:23-cv-02667-SPG-KS<br><br>District Judge Sherilyn Peace Garnett<br>Magistrate Judge Karen L. Stevenson<br><br>**REQUEST FOR CLERKS ENTRY OF DEFAULT AS TO UNPLUGGED MEDIA, LLC** |

　　　Plaintiff, Jorge Alejandro Rojas, pursuant to Fed. R. Civ. P. 55(a), requests the Clerk make an Entry of Default against Defendant Unplugged Media, LLC ("Unplugged Media").

　　　Defendant Unplugged Media was served with the Second Amended Complaint (Dkt. 59) in this action on October 10, 2024 by a process server to PRelocate, LLC, registered agent for Unplugged Media. Dkt. 86.

　　　More than twenty one (21) days following service have elapsed. Unplugged Media is not an infant, in the military, or incompetent. Unplugged Media has failed to plead or otherwise defend this action. Plaintiff has not received a responsive pleading from Unplugged Media and the Court's docket does not show any filings.

Having met all the factors to make an entry of default, Plaintiff requests the Clerk make an Entry of Default as to Defendant Unplugged Media.

Respectfully submitted,

Dated: November 1, 2024.

*/s/ Jorge Alejandro Rojas*
Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

## **CERTIFICATE OF SERVICE**

A copy of this filing will be sent to Defendants last known address via USPS First Class Mail.

Dated: November 1, 2024

*/s/ Jorge Alejandro Rojas*