| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*: <br> Jorge Rojas <rojas.jorge96@gmail.com> <br> 557 Cambridge Way <br> Bolingbrook, IL 60440 <br> TELEPHONE NO.: 424-219-1582   FAX NO. *(Optional)*: <br> E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: JORGE ALEJANDRO ROJAS | FOR COURT USE ONLY |
|---|---|
| **United States District Court, Central District of California** <br> STREET ADDRESS: 3470 Twelfth St. <br> MAILING ADDRESS: 3470 Twelfth St. <br> CITY AND ZIP CODE: Riverside 92501 <br> BRANCH NAME: George E. Brown, Jr. Federal Building | |
| PLAINTIFF/PETITIONER: JORGE ALEJANDRO ROJAS | CASE NUMBER: <br> 2:23-cv-02667-SPG-KS |
| DEFENDANT/RESPONDENT: UNPLUGGED MEDIA, LLC; et al. | |
| **DECLARATION OF NON SERVICE** | Ref. No. or File No.: <br> REF-17061050 |

I declare that I am and was on the dates herein mentioned, over the age of 18 years, not a party to nor interested in the above entitled action, and competent to be a witness therein.

I received the following documents for service:
**SUMMONS IN A CIVIL ACTION ON SECOND AMENDED COMPLAINT; SECOND AMENDED COMPLAINT**

I attempted to serve at the address of
**Alex Gold Holdings LLC c/o ALEXANDER BYKHVOSKY, Registered Agent**
**3064 Kishner Dr # 111, Las Vegas, NV 89109**

and was unable to effect service for the following reasons:
**9/24/2024 6:34 PM: I was unable to locate the address.**

Fee for service: **$ 95.00**

I am not a registered California process server; my name, address, phone number, and county of registration and number are:

**Bamidele Olatomokun**
**316 W 2nd St. 3rd Floor Los Angeles, CA 90012**
**213-621-9999**
**NV PILB, #R-2024-02251**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.
Date: 09/24/2024

BY FAX

_____   _____
Bamidele Olatomokun                                    (SIGNATURE OF DECLARANT)
(PRINTED NAME OF DECLARANT)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*:<br>Jorge Rojas <rojas.jorge96@gmail.com><br>557 Cambridge Way<br>Bolingbrook, IL 60440<br>TELEPHONE NO.: 424-219-1582   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: JORGE ALEJANDRO ROJAS | *FOR COURT USE ONLY* |
|---|---|
| **United States District Court, Central District of California**<br>STREET ADDRESS: 3470 Twelfth St.<br>MAILING ADDRESS: 3470 Twelfth St.<br>CITY AND ZIP CODE: Riverside 92501<br>BRANCH NAME: George E. Brown, Jr. Federal Building | |
| PLAINTIFF/PETITIONER: **JORGE ALEJANDRO ROJAS** | CASE NUMBER:<br>**2:23-cv-02667-SPG-KS** |
| DEFENDANT/RESPONDENT: **UNPLUGGED MEDIA, LLC; et al.** | |
| **DECLARATION OF NON SERVICE** | Ref. No. or File No.:<br>**REF-17061050** |

I declare that I am and was on the dates herein mentioned, over the age of 18 years, not a party to nor interested in the above entitled action, and competent to be a witness therein.

I received the following documents for service:
**SUMMONS IN A CIVIL ACTION ON SECOND AMENDED COMPLAINT; SECOND AMENDED COMPLAINT**

I attempted to serve    **Alex Gold Holdings LLC c/o ALEXANDER BYKHVOSKY, Registered Agent**
at the address of    **3371 ROME ST APT 1, LAS VEGAS, NV 89169**

and was unable to effect service for the following reasons:
**10/8/2024 12:16 PM:** There was no answer at the address. I spoke with a neighbor who says not resident.
**10/9/2024 10:04 AM:** There was no answer at the address.  No one around
**10/11/2024 7:37 PM:** I spoke with an individual who identified themselves as the resident and they stated subject unknown. I spoke with a neighbor who says not resident.

Fee for service: **$ 95.00**

I am not a registered California process server; my name, address, phone number, and county of registration and number are:

**Etivise Haunga**
**316 W 2nd St. 3rd Floor Los Angeles, CA 90012**
**213-621-9999**
**NV PILB, #R-2022-17972**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.
Date: 10/11/2024

BY FAX

Etivise Haunga
(PRINTED NAME OF DECLARANT)

(SIGNATURE OF DECLARANT)