**FRANCISCO V. AGUILAR**
*Secretary of State*

**RUBEN RODRIGUEZ**
*Deputy Secretary for Southern Nevada*

**DEBBIE I. BOWMAN**
*Deputy Secretary for Operations*

**STATE OF NEVADA**



**OFFICE OF THE
SECRETARY OF STATE**

**GABRIEL DI CHIARA**
*Chief Deputy Secretary of State*

**ERIN M. HOUSTON**
*Deputy Secretary for Securities*

**MARK A. WLASCHIN**
*Deputy Secretary for Elections*

November 07, 2024

Jorge Rojas

557 Cambridge Way

Bolingbrook, IL 6044

RE: Service of Process

Entity being served: ALEX GOLD HOLDINGS L.L.C.

Case #: 2:23-cv-02667-SPG-KS

Authority(ies) cited: NRS 14.030

Description: ROJAS V. ALEX GOLD HOLDINGS, LLC.

Payment Received: Check # 181/ $100.00

Date/Time received: 10/24/2024

By _____

Rebecca Skretta, Admin. Assistant III

Commercial Recordings Division

Office of Secretary of State Francisco V. Aguilar

NEVADA STATE CAPITOL
101 N. Carson Street, Suite 3
Carson City, Nevada 89701-3714

LAXALT PLAZA
COMMERCIAL RECORDINGS
401 N. Carson Street
Carson City, Nevada 89701-4201

LAS VEGAS OFFICE
2250 Las Vegas Blvd North, Suite 400
North Las Vegas, Nevada 89030-5873

nvsos.gov