FILED
CLERK, U.S. DISTRICT COURT

December 6, 2024

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge ANNE HWANG | ORDER OF THE CHIEF JUDGE<br><br>**24-188** |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Anne Hwang,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Sherilyn Peace Garnett to the calendar of Judge Anne Hwang:

| | |
|---|---|
| 2:23-cv-02667-SPG-KSx | Jorge Alejandro Rojas v. Bottom Line Concepts LLC et al |
| 2:24-cv-03912-SPG-MAAx | Dunia Matos v. Portfolio Recovery Associates, LLC |
| 2:24-cv-04066-SPG-JPRx | Mario Ramos et al v. Ford Motor Company et al |
| 2:24-cv-06099-SPG-AJRx | Nick Gaige v. Exer Holding Company, LLC |
| 2:24-cv-06753-SPG-ASx | Erick Santana v. City of Pasadena et al |
| 2:24-cv-07486-SPG-SKx | Fleet Connect Solutions LLC v. Belkin International Inc. |
| 2:24-cv-09070-SPG-MAAx | Service Master Fresh v. Chubb Insurance et al |
| 2:24-cv-09517-SPG-DFM | Alexander Gutierrez v. Martin O Malley |
| 2:24-cv-09781-SPG-BFMx | Amol Chandrakant Vichare et al v. United States Citizenship and Immigration Services |
| 2:24-cv-10132-SPG-JCx | Rudy S. Duran v. Nissan North America, Inc. et al |
| 5:24-cv-02203-SPG-SHKx | Christine Walker v. Ally Financial, Inc. |
| 8:22-cv-01095-SPG-DFMx | Claudia E. Bell v. OC405 Partners, JV et al |

In the Matter of the
Creation of Calendar for
District Judge Anne Hwang                                                                 2

| 8:23-cv-02457-SPG-KESx | InTouch Marketing Inc. et al v. Manual Anzaldua et al |

On all documents subsequently filed in the case, please substitute the Judge initials "AH" after the case number in place of the initials of the prior Judge.

DATED:  December 6, 2024                    _____
                                                                        Chief Judge Dolly M. Gee