

Jorge Rojas <rojas.jorge96@gmail.com>

# National Do Not Call Registry - OPEN AND CLICK on Link to Complete Your Registration

**Register@donotcall.gov** <Register@donotcall.gov>　　　　　　　　　　　　　　　　　Wed, Mar 22, 2023 at 9:39 AM
To: rojas.jorge96@gmail.com

Thank you for completing the first step to register your phone number with the National Do Not Call Registry. Please click on the link below to complete your request to register your phone number ending in 6308:

Here is the link (the link will only be available once):
https://www.donotcall.gov/confirm.html?key=CE0C4D45-072A-4358-9512-2AF1BC847FA8

Note: you must respond to this email by clicking the link within 72 hours for your registration to be successful. If you don't get a "Registration Complete" message after clicking on the link, or the link does not work, use your "copy" and "paste" functions to insert the entire link in the email into your Web browser's address bar. Once you have successfully registered, the link will no longer be active.

If you don't wish to be registered with the Do Not Call Registry, don't click on the link. We won't register your number or retain your information.

*************************************************************************************************************

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.