# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| JORGE ALEJANDRO ROJAS <div align="right">Plaintiff(s),</div> | 2:23−cv−02667−AH−KS |
| v. | |
| BOTTOM LINE CONCEPTS LLC, et al. <div align="right">Defendant(s).</div> | **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  ___1/31/2025___

Document No.:  ___99___

Title of Document:  ___Motion for Default Judgment___

**ERROR(S) WITH DOCUMENT:**

Proposed order was not submitted as a separate, additional attachment to the Motion

Other:

**Note:**    **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:_ February 3, 2025_          By: _/s/ Benjamin Moss  Benjamin_Moss@cacd.uscourts.gov_
                                           Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G−112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS