UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | CV 23-2667-AH(KSx) | Date | FEBRUARY 3, 2025 |
|---|---|---|---|

| Title | Jorge Alejandro Rojas v. Bottom Line Concepts LLC et al |
|---|---|

| Present: The Honorable | ANNE HWANG, UNITED STATES DISTRICT COURT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** IN CHAMBERS - NOTICE AND ORDER TO ALL PARTIES

On December 17, 2024, the Court issued an Order to Show Cause why [98] this case should not be dismissed for lack of prosecution. On January 31, 2025, Plaintiff filed a response [99] to the Order to Show Cause.

The Court having considered the Plaintiff's response and deems the response satisfactory and adequately addresses the Court's concerns. Accordingly, the Order to Show Cause is hereby vacated and discharged.

Plaintiff is reminded that he is expected to comply with all rules and orders of the Court.

IT IS SO ORDERED.

cc: all counsel