Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>      Plaintiff,<br><br>v.<br><br>UNPLUGGED MEDIA, LLC, et al,<br><br>      Defendants. | Case No. 2:23-cv-02667-AH-KS<br><br>District Judge Anne Hwang<br>Magistrate Judge Karen L. Stevenson<br><br>**REQUEST FOR ELECTRONIC APPEARANCE VIA ZOOM**<br><br>Hearing: March 12, 2025, 1:30 PM |

  Plaintiff, Jorge Alejandro Rojas, pursuant to this Court's Requirements and Procedures, respectfully requests the ability to attend the March 12, 2025 Hearing on Plaintiff's Motion for Default Judgment (Dkt. 99) via Zoom.

  Pursuant to L.R. 7-3, Plaintiff attempted to confer with all Defendants to appear electronically when seeking conferral on the motion for default judgment but did not receive a response. All defendants are in default and Plaintiff is unaware of counsel for any.

  Plaintiff commenced this action under the Telephone Consumer Protection Act, 47 U.S.C. § 227, initially naming Defendants which have since been dismissed with prejudice. The operative complaint names two corporate entities (Unplugged Media, LLC and Alex Gold Holdings, LLC) managed by Alexander Bykhovsky, and two corporate entities (Chris

1  Biz Services LLC, as separate Wyoming, and Texas entities) managed by Christopher
2  Cuenza and was filed in this District in part because Plaintiff was visiting family in this
3  District when he received one of the telephone calls at issue in this action.
4       Mr. Bykhovsky claims to be in Panama. He has represented that to Plaintiff (Dkt.
5  25-1 ¶ 3) as well as in this Court's filings (Dkt. 46 p. 2), although in at least one filing he
6  has stated that he is in Puerto Rico (Dkt. 40 p. 2). Plaintiff believes that Bykhovsky is in
7  fact in Puerto Rico. Defendant Cuenza is upon information and belief within this District
8  – he was served while in it.
9       Defendant Bykhovsky at one point appeared (Dkt. 40) and filed a motion to dismiss
10  and set aside the default (Dkt. 46). Ultimately, Bykhovsky made no additional filings and
11  did not respond to the Second Amended Complaint, so default pursuant to Fed. R. Civ. P.
12  55(a) was again entered on September 23, 2024 (Dkt. 77).
13       Now pending before the Court is Plaintiff's Motion for Default Judgment. Dkt. 99.
14       Plaintiff seeks to appear via Zoom for the hearing on this motion. Plaintiff does not
15  believe any defendant intends to appear in person. The corporate defendants cannot appear
16  without counsel, Bykhovsky is likely either in Panama or Puerto Rico, and Cuenza has
17  never appeared.
18       The basis for the electronic appearance request is primarily due to Plaintiff's work
19  schedule and location. Plaintiff lives in Bolingbrook, Illinois, a suburb of Chicago (Exhibit
20  1, Declaration of J. Rojas, "Rojas Dec'l" ¶ 5), and would need to pay for air travel to attend
21  the hearing, and miss at least one, and possibly two, days of work to attend the hearing in
22  person and arrange to make sure his work obligations are covered by another individual.
23  Rojas Dec'l ¶ 7. Plaintiff recognizes that he commenced this action in this venue, primarily
24  because he viewed it as the appropriate forum given Defendants made the telephone call
25  to Plaintiff, who has a 424 "in district" area code, while he was present within the District.
26  Prior to reassignment of this case, Plaintiff has requested electronic appearances for other
27  motions in this case which have been granted (Dkts. 54, 34). Plaintiff is also scheduled to
28  travel on March 17, 2025 for other work commitments and while this is not the same date

as the hearing being able to attend the hearing virtually would mitigate further compression of Plaintiff's schedule.

Plaintiff believes good cause exists for this request due to his distance and work schedule as well as the expected non-appearance of any defendant.

Plaintiff believes the parties resources would be conserved utilizing a Zoom appearance, as it would reduce the expenses necessary in this case (primarily the air fare, fares which range from $300-500 as of this filing) as well as allow Plaintiff to attend the hearing with minimal interruption to his work requirements and obligations. Plaintiff believes that it is unlikely any Defendant will attend the in person hearing, considering that Bykhovsky has stated in the past that he is in Panama (and that is what his address was listed as when he filed his motions in this case[1]) and "It is logistically impossible for me to address this until/unless I move back to the United States." Rojas Dec'l ¶ 8.

Plaintiff believes that his motion for default judgment address the reasons why Plaintiff's motion should be granted and would consent to a waiver of oral argument. Nevertheless, Plaintiff believes that any questions the Court may have can be answered virtually via the Zoom platform with oral argument.

Plaintiff respectfully requests the Court allow Plaintiff to appear via Zoom for the hearing. A proposed order consistent with the relief requested is included.

Respectfully submitted,

Dated: March 2, 2025.

*/s/ Jorge Alejandro Rojas*
Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

---

[1] Notwithstanding this statement, Plaintiff believes Bykhovsky to be in fact in Puerto Rico.

-3-

## CERTIFICATE OF SERVICE

Plaintiff will mail a copy of this filing to each Defendants last known address and/or registered agent via USPS Mail.

Dated: March 2, 2025.

*/s/ Jorge Alejandro Rojas*

## L.R. 11-6.1 CERTIFICATE OF COMPLIANCE

The undersigned, Plaintiff Jorge Alejandro Rojas, certifies that this brief contains 874 words, based upon Microsoft Word's calculation, which complies with the word limit of L.R. 11-6.1.

Dated: March 2, 2025.

*/s/ Jorge Alejandro Rojas*
JORGE ALEJANDRO ROJAS

## CERTIFICATE OF CONFERRAL

Plaintiff attempted to confer with each defendant at least seven days prior to the filing of this motion and did not receive a response.

Dated: March 2, 2025.

*/s/ Jorge Alejandro Rojas*
JORGE ALEJANDRO ROJAS