UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>             Plaintiff,<br><br>       v.<br><br>UNPLUGGED MEDIA, LLC, et al,<br><br>             Defendants. | Case No. 2:23-cv-02667-AH-KS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR ELECTRONIC APPEARANCE VIA ZOOM [DKT. ___]** |

Upon consideration of Plaintiff Jorge Alejandro Rojas's ("Plaintiff") Request for Electronic Appearance Via Zoom, dated March 2, 2025, and after considering the request, and good cause appearing that Plaintiff has met the factors this Court considers when allowing electronic appearances,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

/ / /

1

1. Plaintiff may attend the March 12, 2025 hearing on the Motion for Default Judgment in this action via Zoom instead of appearing in person.

IT IS SO ORDERED.

Dated: _____          _____
                                Anne Hwang
                                United States District Judge

2