UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>                Plaintiff,<br><br>   v.<br><br>UNPLUGGED MEDIA, LLC, et al,<br><br>                Defendants. | Case No. 2:23-cv-02667-AH-KSx<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR ELECTRONIC APPEARANCE VIA ZOOM [102]** |

    Upon consideration of Plaintiff Jorge Alejandro Rojas's ("Plaintiff") Request for Electronic Appearance Via Zoom, dated March 2, 2025, and after considering the request, and good cause appearing that Plaintiff has met the factors this Court considers when allowing electronic appearances,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

/ / /

1

1. Plaintiff may attend the March 12, 2025 hearing on the Motion for Default Judgment in this action via Zoom instead of appearing in person.

2. Plaintiff is directed to visit the ZOOM Webinar Information, that can be found on the Court's Website, under Judge Hwang's Procedures. Counsel may log in at least 15 minutes in advance of the hearing.

IT IS SO ORDERED.

Dated: MARCH 3, 2025



Anne Hwang
United States District Judge

2