Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>UNPLUGGED MEDIA, LLC, et al,<br><br>　　　　　　　　Defendants. | Case No. 2:23-cv-02667- AH-KS<br><br>District Judge Anne Hwang<br>Magistrate Judge Karen L. Stevenson<br><br>**CERTIFICATE OF SERVICE AS TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT [DKT. 99] AS TO DEFENDANT ALEXANDER BYKHOVSKY** |

　　　Plaintiff, Jorge Alejandro Rojas, clarifies his prior Certificate of Service, concerning his January 31, 2025 Motion for Default Judgment ("Motion") (Dkt. 99), specifically as it relates to Defendant Alexander Bykhovsky.

　　　On February 1, 2025, Plaintiff mailed a copy of the Motion to Alexander Bykhovsky via GlobalPost 40 Calle Elbrus Panama City, 0801 Panama. This is the address Bykhovsky has listed in the docket for this case.

　　　On February 1, 2025, Plaintiff mailed a copy of the Motion to Alexander Bykhovsky 1709 C. Leon M Acuna San Juan, PR 00911 via USPS First Class Mail. This is Bykhovsky's address which he listed when signing an October 22, 2024 Joint Stipulation for Entry of Consent Judgment in the District of Nevada in *Callier v. Alexander Bykhovsky*, 2:24-cv-001003.

On February 1, 2025, Plaintiff mailed a copy of the Motion to Alexander Bykhovsky 3064 KISHNER DR 111 LAS VEGAS, NV 89109 via USPS First Class Mail. This is the registered agent address for Alex Gold Holdings, LLC.

The above mailings were made at least seven (7) days prior to the March 12, 2025 hearing on Plaintiff's Motion and included the Notice of Motion.

Respectfully submitted,

Dated: March 12, 2025.

*/s/ Jorge Alejandro Rojas*
Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

## **CERTIFICATE OF SERVICE**

A copy of this filing will be sent to each Defendants last known address and/or registered agent via USPS First Class Mail or Global Post (as to Mr. Bykhovsky's Panama address).

Dated: March 12, 2025.

*/s/ Jorge Alejandro Rojas*