UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   2:23-cv-02667-AH-KS                                      Date: March 12, 2025

Title   Jorge Alejandro Rojas v. Bottom Line Concepts LLC et al

---

Present: The Honorable:   ANNE HWANG, UNITED STATES DISTRICT JUDGE

| JESSICA CORTES | COURT SMART |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

Jorge Alejandro Rojas, PRO SE

**Proceedings: ZOOM- Plaintiff's Motion for Default Judgment [99]**

The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

Case is called, and counsel make their appearances. The zoom hearing is held. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. The Court continues the hearing to May 7, 2025, at 1:30 p.m. Any updated briefings shall be filed by April 16, 2025. Any request to appear via zoom shall be filed in advanced with the Court.

                                                                                        : 5
                                                        **Initials of Preparer**   jc