Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>                Plaintiff,<br><br>v.<br><br>UNPLUGGED MEDIA, LLC, et al,<br><br>                Defendants. | Case No. 2:23-cv-02667-AH-KS<br><br>District Judge Anne Hwang<br>Magistrate Judge Karen L. Stevenson<br><br>**NOTICE OF FILING OF SUPPLEMENTAL DECLARATION OF JORGE ALEJANDRO ROJAS IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

      Plaintiff, Jorge Alejandro Rojas, files the attached Exhibit 1, a supplemental declaration in support of his Motion for Default Judgment (Dkt. 99). The supplemental declaration is intended to provide the required information for default judgments pursuant to L.R. 55-1, and supplements Dkt. 99-1.

      Respectfully submitted,

      Dated: April 16, 2025.

                                                      */s/ Jorge Alejandro Rojas*
                                                      Jorge Alejandro Rojas
                                                      Rojas.jorge96@gmail.com
                                                      Plaintiff in Pro Se
                                                      557 Cambridge Way
                                                      Bolingbrook, IL 60440
                                                      (424) 219-1582

## CERTIFICATE OF SERVICE

A copy of this filing will be sent to each Defendants last known address and/or registered agent via USPS First Class Mail or Global Post (as to Mr. Bykhovsky's Panama address).

Dated: April 16, 2025.

/s/ Jorge Alejandro Rojas