

Jorge Rojas <rojas.jorge96@gmail.com>

## Submission and Pay.gov Payment Confirmation
1 message

**Civil Intake** <do-not-reply@cacd.uscourts.gov>   Sat, Apr 8, 2023 at 12:16 PM
To: rojas.jorge96@gmail.com

**Dear Jorge Rojas:**

Your payment has been processed by Pay.gov. The transaction details are below. This email also confirms that the document(s) listed below were received by the United States District Court for the Central District of California at the date and time indicated:

**Name:** Jorge Rojas
**Tracking Number:** EDS-230408-000-7395
**Pay.gov Tracking ID:** 274TD9M2
**Transaction Date:** 4/8/2023 12:00:00 AM
**Transaction Amount:** $402

Uploaded files:

- **ToFile Complaint.pdf**
- **BLC Summons.pdf**
- **JF Summons.pdf**
- **ToFile CCS.pdf**
- **ToFile NOIP.pdf**

The document(s) have not yet been filed. Just like documents received through the U.S. Mail, documents received through the Electronic Document Submission System ("EDSS") will not be considered filed until court staff have uploaded them into the Court's Case Management/Electronic Case Filing System ("CM/ECF"). Documents submitted using EDSS should be processed within 1-2 business days of receipt. However, the date of EDSS submission will be considered the filing date for any documents received through EDSS and later filed into CM/ECF.

If you have registered for electronic service of documents in previous cases, you may receive a Notice of Electronic Filing ("NEF") from the CM/ECF System when the documents listed above are filed. If you have not previously registered for e-service, or if court staff cannot quickly identify your previous e-service registration record when processing your current submission, you will receive notice of this filing, with your new case number, by U.S. Mail. Once you receive your case number, you may register to receive electronic service of future documents filed in this case. (Click here for information about registering for e-service.)

If you are an attorney required by the local rules to file your documents electronically using the Court's CM/ECF System, your document(s) will not be filed if submitted through EDSS, and you will not receive any further communication from the Court about your EDSS submission.

Please include the tracking number listed above as your reference on any communications with the Court about this submission. We recommend that you keep this email for your records.

Civil Intake
United States District Court
Central District of California
Tel: (213) 894-3535