UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 23-2667-AH(KSx) | Date | MAY 2, 2025 |

| | |
|---|---|
| Title | Jorge Alejandro Rojas v. Bottom Line Concepts LLC et al |

| | |
|---|---|
| Present: The Honorable | ANNE HWANG, UNITED STATES DISTRICT JUDGE |

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, the Request for Leave of Jorge Alejandro Rojas to Appear for virtually via Zoom [107], is hereby denied as moot per Order [108].

IT IS SO ORDERED.

cc: all parties