UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>             Plaintiff,<br><br>    v.<br><br>UNPLUGGED MEDIA, LLC, et al,<br><br>             Defendants. | Case No. 2:23-cv-02667-AH-KSx<br><br>**FINAL JUDGMENT [JS-6]** |

    Pursuant to the Court's Order granting Plaintiff's Motion for Default Judgment, IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

1. Plaintiff shall have judgment in his favor and against Defendants Unplugged Media, LLC ("Unplugged Media"), Alexander Bykhovsky aka Alex Gold ("Bykhovsky"), Chris Biz Services, LLC (as separate Wyoming and Texas companies) (collectively, "CBS"), Christopher Gutierrez Cuenza aka Chris Cuenza ("Cuenza"), and Alex Gold Holdings, LLC ("AGH"), jointly and severally.

2. Defendants shall pay to Plaintiff the total amount of $61,500 in statutory damages for violations of the Telephone Consumer Protection Act;

3. Plaintiff shall have his costs of suit pursuant to Local Rule 54-2.1; and

4. Plaintiff is entitled to interest on the amount of the Judgment at the statutory rate pursuant to 28 U.S.C. § 1961(a).

This is a final judgment.

Dated: MAY 7, 2025

_____
Anne Hwang
United States District Judge