

# Invoice

Pay now at abclegal.com | ABC Legal Services, LLC | 633 Yesler Way, Seattle, WA 98104 | 206-521-9000 | ar@abclegal.com | Tax ID: 91-1153514

**BILL TO:**

Jorge Rojas <rojas.jorge96@gmail.com>
557 Cambridge Way
Bolingbrook, IL 60440

| | |
|---|---|
| INVOICE# | 14962580.100 |
| DATE | Aug 30, 2023 |
| ACCOUNT# | 140383 |
| ATTENTION | rojas.jorge96@gmail.com |
| REFERENCE# | REF-13576519 |

**AMOUNT DUE**  $ 0.00

| CASE # | N/A |
|---|---|
| CASE TITLE | N/A |
| COURT | N/A |

**SERVICES PERFORMED**

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| **Prepare Suit** | | |
| Process Service - Web Upload | **Uploaded File(s):** 7 - SO.pdf, 6 - Magistrate.pdf, 5 - ADR.pdf, 4 - Assignment.pdf, 15 - UM Summons.pdf, 12 - FAC.pdf<br>**Rush Requested:** No<br>**Parties To Serve:** 1 | 300.00 |
| | SUBTOTAL | $ 300.00 |
| | SALES TAX | $ 0.00 |
| | **TOTAL CHARGES** | **$ 300.00** |

**PAYMENTS**

| SOURCE | DATE | AMOUNT |
|---|---|---|
| MasterCard ending in 6551 | August 30, 2023 | 300.00 |
| | **AMOUNT PAID** | **$ 300.00** |

**AMOUNT DUE**  $ 0.00

 Jorge Rojas <rojas.jorge96@gmail.com>

---

### Receipt for Your Payment to Paralegal & Process Server of Puerto Rico

**service@paypal.com** <service@paypal.com>                                              Thu, Sep 14, 2023 at 11:41 AM
To: Jorge Rojas <rojas.jorge96@gmail.com>

Hello, Jorge Rojas



# You paid $365.00 USD to Paralegal & Process Server of Puerto Rico

[ View or Manage Payment ]

| **Transaction ID** | **Transaction date** |
|---|---|
| 5L8837340W295252J | September 14, 2023 |

**Merchant**

Paralegal & Process Server of Puerto Rico

juliomenchaca@ppsopr.com

+1 939-274-2737

|  |  |
|---|---|
| **Subtotal** | $365.00 USD |
| **Total** | $365.00 USD |
| **Payment** | $365.00 USD |

Charge will appear on your credit card statement as "PAYPAL *PPSOPR"

Payment sent to juliomenchaca@ppsopr.com
Payment sent from rojas.jorge96@gmail.com

**Paid Paralegal & Process Server of Puerto Rico with**

American Express-1003 $365.00 USD

View or Manage Payment

**Issues with this transaction?**

You have 180 days from the date of the transaction to open a dispute in the Resolution Center.



Help & Contact   |   Security   |   Apps

   

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. Learn to identify phishing

Please don't reply to this email. To get in touch with us, click Help & Contact.

PayPal Customer Service can be reached at 888-221-1161.

Not sure why you received this email? Learn more

Copyright © 1999-2023 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT001736:en_US(en-US):1.3.0:f3473121698b5



# Invoice

Pay now at abclegal.com | ABC Legal Services, LLC | 1099 Stewart St, Suite 700, Seattle, WA 98101 | 206-521-9000 | ar@abclegal.com | Tax ID: 91-1153514

**BILL TO:**

Jorge Rojas <rojas.jorge96@gmail.com>
557 Cambridge Way
Bolingbrook, IL 60440

| | |
|---|---|
| INVOICE# | 18740085.100 |
| DATE | Sep 06, 2024 |
| ACCOUNT# | 140383 |
| ATTENTION | rojas.jorge96@gmail.com |
| REFERENCE# | REF-17061050 |

**AMOUNT DUE**  $ 0.00

| CASE # | N/A |
|---|---|
| CASE TITLE | N/A |
| COURT | N/A |

**SERVICES PERFORMED**

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| **Prepare Suit** | | |
| Process Service - Web Upload | **Uploaded File(s):** servee_photo_3_1711636726863.jpeg, gov.uscourts.cacd.881087.69.0.pdf, gov.uscourts.cacd.881087.67.0.pdf, gov.uscourts.cacd.881087.66.0.pdf, gov.uscourts.cacd.881087.68.0.pdf, gov.uscourts.cacd.881087.59.0.pdf  **Rush Requested:** No  **Parties To Serve:** 4 | 380.00 |

| | |
|---|---|
| SUBTOTAL | $ 380.00 |
| SALES TAX | $ 0.00 |
| **TOTAL CHARGES** | **$ 380.00** |

**PAYMENTS**

| SOURCE | DATE | AMOUNT |
|---|---|---|
| MasterCard ending in 6551 | September 06, 2024 | 380.00 |

| | |
|---|---|
| **AMOUNT PAID** | **$ 380.00** |
| **AMOUNT DUE** | **$ 0.00** |



# Invoice

Pay now at abclegal.com | ABC Legal Services, LLC | 1099 Stewart St, Suite 700, Seattle, WA 98101 | 206-521-9000 | ar@abclegal.com | Tax ID: 91-1153514

**BILL TO:**

Jorge Rojas <rojas.jorge96@gmail.com>
557 Cambridge Way
Bolingbrook, IL 60440

| | |
|---|---|
| INVOICE# | 19037466.100 |
| DATE | Oct 03, 2024 |
| ACCOUNT# | 140383 |
| ATTENTION | rojas.jorge96@gmail.com |
| REFERENCE# | REF-17061050 |

**AMOUNT DUE**  $ 0.00

| CASE # | 2:23-cv-02667-SPG-KS |
|---|---|
| CASE TITLE | JORGE ALEJANDRO ROJAS v. UNPLUGGED MEDIA, LLC; et al. |
| COURT | US District Court, California, Central District, Riverside |

**SERVICES PERFORMED**

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| **Effect Service of Process** | | |
| Process Service - Additional Address | **Subject:** Alex Gold Holdings LLC<br>**Address:** 3371 ROME ST APT 1, LAS VEGAS, NV 89169 | 95.00 |
| | | |

| | |
|---|---|
| SUBTOTAL | $ 95.00 |
| SALES TAX | $ 0.00 |
| **TOTAL CHARGES** | **$ 95.00** |

**PAYMENTS**

| SOURCE | DATE | AMOUNT |
|---|---|---|
| MasterCard ending in 6551 | October 03, 2024 | 95.00 |
| | | |

| | |
|---|---|
| **AMOUNT PAID** | **$ 95.00** |
| **AMOUNT DUE** | **$ 0.00** |

OFFICIAL PROCESS SERVER TO U.S. DEPARTMENT OF JUSTICE AND U.S. STATE DEPARTMENT    Page 1 of 1



# Invoice

Pay now at abclegal.com | ABC Legal Services, LLC | 1099 Stewart St, Suite 700, Seattle, WA 98101 | 206-521-9000 | ar@abclegal.com | Tax ID: 91-1153514

**BILL TO:**

Jorge Rojas <rojas.jorge96@gmail.com>
557 Cambridge Way
Bolingbrook, IL 60440

| | |
|---|---|
| INVOICE# | 18921335.100 |
| DATE | Sep 23, 2024 |
| ACCOUNT# | 140383 |
| ATTENTION | rojas.jorge96@gmail.com |
| REFERENCE# | AB |

**AMOUNT DUE**  $ 0.00

| CASE # | N/A |
|---|---|
| CASE TITLE | N/A |
| COURT | N/A |

**SERVICES PERFORMED**

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| **Prepare Suit** | | |
| Process Service - Web Upload | **Uploaded File(s):** gov.uscourts.cacd.881087.59.0.pdf, gov.uscourts.cacd.881087.61.0-2.pdf<br>**Rush Requested:** No<br>**Parties To Serve:** 1 | 300.00 |

| | |
|---|---|
| SUBTOTAL | $ 300.00 |
| SALES TAX | $ 0.00 |
| **TOTAL CHARGES** | **$ 300.00** |

**PAYMENTS**

| SOURCE | DATE | AMOUNT |
|---|---|---|
| MasterCard ending in 6551 | September 23, 2024 | 300.00 |

| | |
|---|---|
| **AMOUNT PAID** | **$ 300.00** |
| **AMOUNT DUE** | **$ 0.00** |

OFFICIAL PROCESS SERVER TO U.S. DEPARTMENT OF JUSTICE AND U.S. STATE DEPARTMENT          Page 1 of 1

**FRANCISCO V. AGUILAR**
*Secretary of State*

**RUBEN RODRIGUEZ**
*Deputy Secretary for Southern Nevada*

**DEBBIE I. BOWMAN**
*Deputy Secretary for Operations*

**STATE OF NEVADA**



**OFFICE OF THE
SECRETARY OF STATE**

**GABRIEL DI CHIARA**
*Chief Deputy Secretary of State*

**ERIN M. HOUSTON**
*Deputy Secretary for Securities*

**MARK A. WLASCHIN**
*Deputy Secretary for Elections*

November 07, 2024

Jorge Rojas

557 Cambridge Way

Bolingbrook, IL 6044

**RE: Service of Process**

Entity being served: ALEX GOLD HOLDINGS L.L.C.

Case #: 2:23-cv-02667-SPG-KS

Authority(ies) cited: NRS 14.030

Description: ROJAS V. ALEX GOLD HOLDINGS, LLC.

Payment Received: Check # 181/ $100.00

Date/Time received: 10/24/2024

By _____

Rebecca Skretta, Admin. Assistant III

Commercial Recordings Division

Office of Secretary of State Francisco V. Aguilar

NEVADA STATE CAPITOL
101 N. Carson Street, Suite 3
Carson City, Nevada 89701-3714

LAXALT PLAZA
COMMERCIAL RECORDINGS
401 N. Carson Street
Carson City, Nevada 89701-4201

LAS VEGAS OFFICE
2250 Las Vegas Blvd North, Suite 400
North Las Vegas, Nevada 89030-5873

nvsos.gov