Chris Cuenza
1224 S Ave K unit E
Los Angeles CA 90037

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
2025 MAY 29  AM 10: 07
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

Jorge Alejandro Rojas,

  Plaintiff,

v.

Christopher Gutierrez Cuenza, et al.,

  Defendants.

Case No.: 2:23-cv-02667-AH-KS

Judge: Hon. Anne Hwang

DEFENDANT CHRIS CUENZA'S ~~MOTION~~ Request TO SET ASIDE DEFAULT JUDGMENT

TO THE HONORABLE COURT:

Defendant Chris Cuenza, appearing pro se, respectfully moves to set aside the default judgment entered on April 30, 2025, under Federal Rules of Civil Procedure 55(c) and 60(b)(1).

BACKGROUND

1. **No Proper Service**: I was never personally served with the Complaint or Summons. I first learned of this lawsuit in May 2025.

2. **Limited Role**: My work was strictly administrative (e.g., document preparation) as a 1099 contractor. I had **no authority** over marketing, vendors, or call campaigns.

3. **No Profit**: I earned only a modest salary for basic living expenses, not profits or commissions from the business.

LEGAL BASIS

1. **Rule 55(c)**: Good cause exists to set aside default due to excusable neglect (improper service).

2. **Rule 60(b)(1)**: Judgment resulted from mistake/lack of notice (*Kemp v. U.S.*, 142 S. Ct. 1856 (2022)).

3. **Meritorious Defense**: I lacked control over the alleged TCPA violations (*Golan v. Veritas Ent.*, 2016 WL 3548766).

4. **No Prejudice**: Setting aside the judgment will not harm Plaintiff (*Franchise Holding II LLC v. Huntington Rests. Grp.*, 375 F.3d 922, 925–26 (9th Cir. 2004)).

REQUESTED RELIEF

1. Vacate the default judgment entered April 30, 2025.

2. Allow 21 days to file a responsive pleading.

3. Grant 30 days (until June 30, 2025) to supplement evidence (tax returns, business records).

DATED: May 29, 2025

Respectfully submitted,

_____

Chris Cuenza

Defendant, Pro Se


DECLARATION OF CHRIS CUENZA

I, Chris Cuenza, declare under penalty of perjury under the laws of the United States:

1. I was never served at my current address: 228 S Ave 18, Unit E, Los Angeles, CA 90031.

2. I had no role in authorizing calls or marketing.

3. My income was limited to administrative work, not profits.

4. I am gathering evidence and will file it by June 30, 2025.

5. I lack the financial means to satisfy this judgment without severe hardship.


Executed on May 29, 2025, at Los Angeles, California.

_____

Chris Cuenza

1. Default judgment **VACATED**.

2. Defendant has 21 days to file a responsive pleading.

3. Defendant may supplement evidence by June 30, 2025.

PROOF OF SERVICE

I, Chris Cuenza, certify that on May 29, 2025, I served this Request Jorge Rojas via email to rojas.jorge96@gmail.com.

_____

Chris Cuenza