Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>UNPLUGGED MEDIA, LLC, et al,<br><br>　　　　　　　Defendants. | Case No. 2:23-cv-02667-AH-KS<br><br>**DECLARATION OF JORGE ALEJANDRO ROJAS IN OPPOSITION TO DEFENDANT ALEXANDER BYKHOVSKY'S "REQUEST TO SET ASIDE DEFAULT JUDGMENT"** |

I, Jorge Alejandro Rojas, an adult of sound mind, declare as follows:

1. I am the Plaintiff in this case, and make the following statements based on my personal knowledge and records. If called to testify concerning any of these statements, I will be able to do so.
2. I make the statements in this declaration as part of my opposition to Defendant Alexander Bykhovsky's ("Bykhovsky") May 29, 2025 "Request to Set Aside Default Judgment" (Dkt. 113).
3. I have not consented to service via e-mail or other electronic means, other than for filings made by the filer directly into CM/ECF, for filings made by Bykhovsky.

4. I have not received an email from Bykhovsky which contained his May 29, 2025 filing. I in fact received the filing via USPS First Class Mail.
5. I emailed Bykhovsky, at the address that the parties have communicated using in the past, on November 14, 2024, informing him of an intent to seek default judgment.
6. I also emailed Bykhovsky on April 13, 2025, seeking to confer on Plaintiff's request for upcoming electronic appearance request.
7. I utilize Stamps.com to mail filings of court documents to defendants. My Stamps.com account reflects that I have mailed various filings at least 48 times during the pendency of this case to various addresses associated with Bykhovsky. My prior declaration, filed at Dkt. 106-1, describes how I mailed copies on several different addresses for Bykhovsky.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on June 8, 2025, in Bolingbrook, IL.

_____
Jorge Alejandro Rojas