Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>               Plaintiff,<br><br>v.<br><br>UNPLUGGED MEDIA, LLC, et al,<br><br>               Defendants. | Case No. 2:23-cv-02667-AH-KS<br><br>**DECLARATION OF JORGE ALEJANDRO ROJAS IN OPPOSITION TO DEFENDANT CHRISTOPHER GUTIERREZ CUENZA'S "REQUEST TO SET ASIDE DEFAULT JUDGMENT"** |

I, Jorge Alejandro Rojas, an adult of sound mind, declare as follows:

1. I am the Plaintiff in this case, and make the following statements based on my personal knowledge and records. If called to testify concerning any of these statements, I will be able to do so.
2. I make the statements in this declaration as part of my opposition to Defendant Christopher Gutierrez Cuenza's ("Cuenza") May 29, 2025 "Request to Set Aside Default Judgment" (Dkt. 114).
3. I have not consented to service via e-mail or other electronic means, other than for filings made by the filer directly into CM/ECF, for filings made by Cuenza.

4. I have not received an email from Cuenza which contained his May 29, 2025 filing. I in fact received the filing via USPS First Class Mail.

5. I utilize Stamps.com to mail filings of court documents to defendants. My Stamps.com account reflects that I mailed several filings to Cuenza with tracking services provided by USPS. My Stamps.com account reflects that Dkt. 74 was shipped to Christopher Gutierrez Cuenza 228 S Avenue 18 Apt E Los Angeles, CA 90031-2549, and delivered on September 17, 2024, with tracking number 9400111206205845453927. My Stamps.com account reflects that Dkt. 80 and 81 was shipped to Christopher Gutierrez Cuenza 228 S Avenue 18 Apt E Los Angeles, CA 90031-2549, and delivered on October 8, 2024, with tracking number 9400111206205495140796. My Stamps.com account reflects that Dkt. 94 was shipped to Christopher Gutierrez Cuenza 228 S Avenue 18 Apt E Los Angeles, CA 90031-2549, and delivered on November 19, 2024, with tracking number 9400111206205507893269. My Stamps.com account reflects that Dkt. 108, 109 was shipped to Christopher Gutierrez Cuenza 228 S Avenue 18 Apt E Los Angeles, CA 90031-2549, and delivered on May 9, 2025, with tracking number 9400150206208001723215. This is in addition to other mailings that I made to Cuenza utilizing non-delivery confirmation services. My Stamps.com account reflects at least seven (7) other mailings that I made throughout the course of this litigation to Cuenza of filings. Many of these mailings were made without any requirement for me to do so following Cuenza's default in this case. I nevertheless mailed him copies of the filings.

6. Exhibit 2 of my filing is a true and correct copy of an Instagram picture of Chris Cuenza, posted on the account "cuenzascorner," dated May 19, 2025, which shows Cuenza with hair that appears yellow or gold on the top – similar to how the process server described when performing service. I obtained this image on June 8, 2025 from Instagram. I also obtained a link to this post which is available at:

https://www.instagram.com/p/DJ2vbiESnMj/?igsh=MTBpZDNpMnhyNWY3cA==.

7. Exhibit 3 of my filing are true and correct copies of pictures provided by the process server via the service portal that ABCLegal (the process service company utilized) as well as a GPS position of the service attempt. I obtained these documents on June 8, 2025 via my account portal.

8. Exhibit 4 of my filing are true and correct copies of a search query performed in my Stamps.com portal which I obtained on June 8, 2025 demonstrating that several mailings were made to Cuenza and some were made with delivery tracking service, and were in fact delivered.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on June 8, 2025, in Bolingbrook, IL.

_____
Jorge Alejandro Rojas