

| | Date Printed | Amount | Shipment Status | Tracking # | Date Delivered | Recipient | Address 1 | Postal Code | Printed Message |
|---|---|---|---|---|---|---|---|---|---|
| | 05/24/2025 | $2.31 | Printed | | | Christopher Gutierrez Cue... | 228 S Avenue 18 Apt E | 90031 | 02667 111 112 |
| | 05/02/2025 | $4.33 | Delivered | 9400150206208001723215 | 05/09/2025 | Christopher Gutierrez Cue... | 228 S Avenue 18 Apt E | 90031 | 02667 109 108 |
| | 04/29/2025 | $2.04 | Printed | | | Christopher Gutierrez Cue... | 228 S Avenue 18 Apt E | 90031 | 02667 107 |
| | 04/16/2025 | $2.04 | Printed | | | Christopher Gutierrez Cue... | 228 S Avenue 18 Apt E | 90031 | 02667 105, 106 |
| | 03/03/2025 | $1.77 | Printed | | | Christopher Gutierrez Cue... | 228 S Avenue 18 Apt E | 90031 | |
| | 02/01/2025 | $3.15 | Printed | | | Christopher Gutierrez Cue... | 228 S Avenue 18 Apt E | 90031 | ECF 99 |
| | 11/15/2024 | $4.54 | Delivered | 9400111206205507893269 | 11/19/2024 | Christopher Gutierrez Cue... | 228 S Avenue 18 Apt E | 90031 | ECF 94 02667 |
| | 10/03/2024 | $1.50 | Printed | | | Christopher Gutierrez Cue... | 228 S Avenue 18 Apt E | 90031 | |
| | 10/03/2024 | $4.19 | Delivered | 9400111206205495140796 | 10/08/2024 | Christopher Gutierrez Cue... | 228 S Avenue 18 Apt E | 90031 | 02667 80 81 |
| | 09/21/2024 | $1.50 | Printed | | | Christopher Gutierrez Cue... | 228 S Avenue 18 Apt E | 90031 | 02667 76 |
| | 09/13/2024 | $4.19 | Delivered | 9400111206205845453927 | 09/17/2024 | Christopher Gutierrez Cue... | 228 S Avenue 18 Apt E | 90031 | 02667 ECF 74 |