POS-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Christoper Cuenza<br>228 S Ave 18 Unit E<br>Los Angeles CA 90031 | **FOR COURT USE ONLY** |
|---|---|
| TELEPHONE NO.: 818-653-1379   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Pro Se | FILED<br>CLERK, U.S. DISTRICT COURT<br><br>MAY 3 0 2025<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGLES
STREET ADDRESS: 255 East Temple Street, Los Angeles, CA 90012
MAILING ADDRESS: 255 East Temple Street, Los Angeles, CA 90012
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central District

PETITIONER/PLAINTIFF: Jorge Alejandro Rojas
RESPONDENT/DEFENDANT: Christopher Gutierrez Cuenza

**PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**

CASE NUMBER:
2:23-cv-02667-AH-KS

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action.** I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
   228 S Ave 18 Unit E
   Los Angeles CA 90031

3. On *(date)*: May 29, 2025       I mailed from *(city and state)*: Los Angeles, CA
   the following **documents** *(specify)*:
   Request to Set Aside Default Judgment and Declaration for Christopher Cuenza

   ☐ The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and *(check one)*:
   a. ☒ **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☐ **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. **Name** of person served: Jorge Alejandro Rojas
   b. **Address** of person served:
      557 Cambrige Way
      Bolingbrook, IL 60440

   ☒ The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 05/29/2025

Christopher Cuenza
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)       ▶  *(signature)*  (SIGNATURE OF PERSON COMPLETING THIS FORM)

Form Approved for Optional Use
Judicial Council of California
POS-030 [New January 1, 2005]

**PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1013, 1013a
www.courts.ca.gov

**FROM:**
Chris Evancy
2324 S Ave 14 Unit E
Los Angeles, CA 90032

**TO:**
United States District Court
Central District of California
Civil Intake Division – Suite 150
255 E Temple St
Los Angeles, CA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 30 2025
CENTRAL DISTRICT OF CALIFORNIA
BY: DEPUTY

Utility Mailer 10 1/2" x 16"

Retail
RDC 99

PULL TAB TO OPEN

Utility Mailer

(usable inside dimension)

Recycle

for Shipping Supplies & Services

USPS.com

MADE IN THE U.S.A.
the United States Postal Service ®
www.usps.com
Code 9330007 – March 2019
AIC-093