**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

2025 JUN 20 AM 10: 16

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____ GSA

JORGE ROJAS, ) Plaintiff, )) v. ) Case No. 2:23-cv-02667-AH-KS
ALEXANDER BYKHOVSKY, et al., ) Defendants. )
_____ )

## REQUEST FOR REMOTE APPEARANCE AT HEARING

TO THE HONORABLE COURT:

Defendant Alexander Bykhovsky respectfully requests permission to appear remotely via Zoom for the hearing scheduled on **July 30, 2025, at 1:30 PM** in the above-captioned matter.

## GROUNDS FOR REQUEST

1. Mr. Bykhovsky is currently located in Puerto Rico and has pre-existing travel obligations that prevent him from appearing physically in Los Angeles on the scheduled date.

2. He is not represented by counsel and intends to appear **pro se** at the hearing.

3. Remote appearance would not prejudice the Court or any party and would allow Mr. Bykhovsky to participate meaningfully in the hearing without delay or unnecessary hardship.

4. Mr. Bykhovsky has access to reliable internet and the necessary technology to attend the hearing via Zoom in a quiet, uninterrupted setting.

## REQUESTED RELIEF

For the reasons stated above, Defendant Alexander Bykhovsky respectfully requests that the Court permit his appearance via Zoom for the scheduled hearing on July 30, 2025.

DATED: 6/19/2025

Respectfully submitted,

_[signature]_

Alexander Bykhovsky
Defendant, Pro Se

## DECLARATION OF ALEXANDER BYKHOVSKY IN SUPPORT OF REQUEST FOR REMOTE APPEARANCE

I, Alexander Bykhovsky, declare as follows:

1. I am a defendant in this case and submit this declaration in support of my request to appear remotely for the hearing scheduled on July 30, 2025.

2. I am currently located in Puerto Rico and have longstanding travel arrangements and obligations that prevent me from returning to California for the hearing.

3. I do not have legal representation and intend to appear pro se.

4. I am fully prepared and able to attend the hearing via Zoom. I have access to a private location with a stable internet connection and suitable audio/visual equipment.

5. I make this request in good faith and not to cause delay or inconvenience to the Court or opposing counsel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on _____ at Los Angeles, CA.

_____

Alexander Bykhovsky

DATED: 6/19/2025