UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 23-2667-AH(KSx)** | Date | JUNE 25, 2025 |

| | |
|---|---|
| Title | Jorge Alejandro Rojas v. Bottom Line Concepts LLC et al |

Present: The Honorable     ANNE HWANG, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:     IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, the Request for remote appearance as to Defendant Alexander Bykhovsky [120] for the July 30, 2025 at 1:30 p.m. hearing,  is hereby granted.

Defendant Alexander Bykhovsky is directed to visit the ZOOM Webinar Information, that can be found on the Court's Website, under Judge Hwang's Procedures. Counsel may log in at least 15 minutes in advance of the hearing.

Counsel and the parties are reminded that there is a general prohibition against photographing, recording, and rebroadcasting of court proceedings (including those held by telephone or video conference) and any recording of a court proceeding held by video or teleconference, including "screenshots"or other visual copying of a hearing, is **absolutely prohibited.**

IT IS SO ORDERED.

cc: all parties