*Alex Bykhovsky*
*60 Calle Flbns*
*Panama City 0901*
*Panama*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

*FILED*

*2026 JUN 27 AM 9: 56*

*JORGE ALEJANDRO ROJAS,*
*Plaintiff,*

*v.*

*BOTTOM LINE CONCEPTS LLC, et al.,*
*Defendants.*

*Case No.: 2:23-cv-02667-AH-KS*

**REQUEST FOR REMOTE APPEARANCE OF DEFENDANT
ALEXANDER BYKHOVSKY**

TO THE HONORABLE COURT AND ALL PARTIES:

Defendant Alexander Bykhovsky (aka Alex Gold), hereby respectfully
requests permission to appear remotely via Zoom for the hearing currently
scheduled for July 30, 2025 at 1:30 PM. This request is made pursuant to
the Court's Standing Orders and Local Rule 83-1.3.

This request is made on the grounds that Mr. Bykhovsky currently resides
in Puerto Rico and would suffer significant travel hardship and cost in
appearing in person in Los Angeles.

A declaration in support of this request and a proposed order are attached
hereto.

Respectfully submitted,

Dated: 6/25/2025

Signature: _____

Name: Alexander Bykhovsky

## DECLARATION OF ALEXANDER BYKHOVSKY

I, Alexander Bykhovsky, declare as follows:

1. I am the Defendant in this matter. I submit this declaration in support of my request to appear remotely via Zoom at the July 30, 2025 hearing.

2. I currently reside in San Juan, Puerto Rico.

3. Due to the cost and time involved in traveling to Los Angeles, California, as well as personal and professional obligations, I respectfully request to appear remotely via Zoom.

4. I understand the importance of attending court hearings and I am committed to participating fully via video conference.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on _____, at Los Angeles, CA.

Signature: _____

Name: Alexander Bykhovsky

## [PROPOSED] ORDER GRANTING REQUEST FOR REMOTE APPEARANCE

The Court, having considered Defendant Alexander Bykhovsky's Request to Appear Remotely at the hearing scheduled for July 30, 2025 at 1:30 PM, hereby ORDERS:

Defendant Bykhovsky may appear remotely via Zoom for the above-referenced hearing.