Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>           Plaintiff,<br><br>v.<br><br>UNPLUGGED MEDIA, LLC, et al,<br><br>           Defendants. | Case No. 2:23-cv-02667-AH-KS<br><br>**DECLARATION OF JORGE ALEJANDRO ROJAS IN SUPPORT OF REQUEST TO CONTINUE MOTION HEARING AND REQUEST FOR ELECTRONIC APPEARANCE VIA ZOOM** |

I, Jorge Alejandro Rojas, an adult of sound mind, declare as follows:

1. I am the Plaintiff in this case, and make the following statements based on my personal knowledge and records. If called to testify concerning any of these statements, I will be able to do so.

2. I make the statements in this declaration in support of Plaintiff's Request to Continue Hearing and Plaintiff's Request for Electronic Appearance via Zoom.

3. On June 17, 2025 I e-mailed both Defendant Christopher Gutierrez Cuenza ("Cuenza") and Alexander Bykhovsky ("Bykhovsky"), seeking conferral. Plaintiff specifically asked Defendants position on a motion for continuing the hearing date

and provided the proposed new hearing dates. Plaintiff has not received a response as of this filing.

4. On June 23, 2025, Plaintiff texted Cuenza at a telephone number the parties have texted in the past, following up on the conferral request, and did not receive a response.

5. I am on pre-arranged travel to Annapolis, Maryland, on the date of the hearing (July 30, 2025). I will be there for a series of meetings and conferences as part of my employment. The conference has been scheduled since at least early 2025 and I will be presenting on several important aviation industry topics as part of my job responsibilities at a conference with approximately 50+ attendees which cannot be rescheduled and for which I am an essential presenter at.

6. I am employed as a Systems Engineer, for a government contractor, and reside and work in a suburb of Chicago, Illinois. I occasionally travel for work – and will be on travel for work during the current scheduled hearing.

7. My work schedule primarily consists of Monday through Friday, nine hours of work per day.

8. My current schedule for the requested dates the hearing is continued to (August 6 or August 13) would necessitate that I miss at least one, and possibly two days of work to attend the hearing in person, as I would travel from Chicago, Illinois. If I were to attend the hearing virtually the period which I miss would be shorter as I would not need to travel as well as be more economical because I would not need to purchase air fare. I would also need to arrange for someone to take over any customer meetings or commitments that I have for my position. Being able to attend the hearing virtually would allow for reduced interruption to my work schedule due to the associated travel and mitigate compression of my schedule.

9. I believe that attending a continued hearing virtually via Zoom would allow me the ability to answer any questions or concerns the Court has at oral argument concerning the pending requests to set aside default judgments.

10. I will not be enforcing the judgment as to the moving defendants while the motion to set aside default is pending.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on June 29, 2025, in Bolingbrook, IL.

_____
Jorge Alejandro Rojas