UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>    Plaintiff,<br><br>v.<br><br>UNPLUGGED MEDIA, LLC, et al,<br><br>    Defendants. | Case No. 2:23-cv-02667-AH-KS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO CONTINUE MOTION HEARING AND REQUEST FOR ELECTRONIC APPEARANCE VIA ZOOM [DKT. ___]** |

Upon consideration of Plaintiff Jorge Alejandro Rojas's ("Plaintiff") Request to Continue Motion Hearing and Request for Electronic Appearance Via Zoom, dated June 29, 2025, and after considering the request, and good cause appearing that Plaintiff has met the factors this Court considers when allowing hearing continuances and electronic appearances,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The hearing scheduled for July 30, 2025 is continued to <<August 6, 2025 OR August 13, 2025>> at 1:30 PM.

1

2. Plaintiff may attend the hearing on the Requests to Set Aside Default Judgments in this action via Zoom instead of appearing in person.

3. Defendant Bykhovsky may attend the hearing on the Requests to Set Aside Default Judgments in this action via Zoom instead of appearing in person.

IT IS SO ORDERED.

Dated: _____                    _____
                                          Anne Hwang
                                          United States District Judge