UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:23-cv-02667-AH-(KSx) | Date July 2, 2025 |
| Title *Jorge Alejandro Rojas v. Bottom Line Concepts LLC et al.* | |

Present: The Honorable  Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER GRANTING PLAINTIFF'S REQUEST TO CONTINUE HEARING (DKT. NO. 124) AND REQUEST FOR REMOTE APPEARANCE (DKT. NO. 123)**

Plaintiff Jorge Alejandro Rojas ("Plaintiff") brings this Request to Continue Hearing. Dkt. No. 124. Plaintiff requests that the Court continue the hearing for the Requests to Set Aside Default Judgment (Dkt. Nos. 113, 114) from July 30, 2025 to August 6, 2025 or August 13, 2025. Finding good cause, the Court CONTINUES the hearing to **August 13, 2025 at 1:30 p.m.** The Court further ORDERS the parties to meet and confer pursuant to Local Rule 7-3, and Defendant shall file a certification of compliance by August 7, 2025. Failure to submit a sufficient certification of compliance as ordered may result in the striking of Defendants' Requests to Set Aside Default Judgment for failure to comply with the Local Rules and this Court's Standing Order.

Furthermore, Plaintiff's Request for remote appearance for the hearing is hereby GRANTED. Dkt. No. 123. Both parties may appear remotely and are directed to visit the ZOOM Webinar Information, that can be found on the Court's Website, under Judge Hwang's Procedures. Counsel may log in at least 15 minutes in advance of the hearing. Counsel and the parties are reminded that there is a general prohibition against photographing, recording, and rebroadcasting of court

proceedings (including those held by telephone or video conference) and any recording of a court proceeding held by video or teleconference, including "screenshots" or other visual copying of a hearing, is absolutely prohibited.

**IT IS SO ORDERED.**