Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>          Plaintiff,<br><br>v.<br><br>UNPLUGGED MEDIA, LLC, et al,<br><br>          Defendants. | Case No. 2:23-cv-02667-AH-KS<br><br>District Judge Anne Hwang<br>Magistrate Judge Karen L. Stevenson<br><br>**STATUS REPORT** |

      Plaintiff, Jorge Alejandro Rojas, files the following Status Report in advance of the August 13, 2025 hearing. The parties have reached a resolution concerning this action and the pending requests to set aside default judgment[1]. Dkts. 113, 114. As part of that resolution, Defendant Christopher Gutierrez Cuenza ("Cuenza") and Alexander Bykhovsky ("Bykhovsky") have agreed to withdraw their requests to set aside default judgment. Dkts. 113, 114. Plaintiff expects Cuenza and Bykhovsky to file written withdrawals soon, but Plaintiff files this notice now to inform the Court of this development

---

[1] The Court's July 2, 2025 Order (Dkt. 125) required the parties to meet and confer and for Cuenza and Bykhovsky to file a certification of compliance. The parties have met and conferred. Plaintiff has not yet been served with any certification of compliance and the docket does not reflect any such filing.

in advance of the hearing. Plaintiff's request to tax costs (Dkt. 112) will also remain pending the Clerk's resolution.

Respectfully submitted,

Dated: August 12, 2025.

*/s/ Jorge Alejandro Rojas*
Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

## CERTIFICATE OF SERVICE

Plaintiff will mail a copy of this filing to each Defendants last known address and/or registered agent via USPS Mail.

Dated: August 12, 2025.     */s/ Jorge Alejandro Rojas*

## L.R. 11-6.1 CERTIFICATE OF COMPLIANCE

The undersigned, Plaintiff Jorge Alejandro Rojas, certifies that this brief contains 161 words, based upon Microsoft Word's calculation, which complies with the word limit of L.R. 11-6.1.

Dated: August 12, 2025.     */s/ Jorge Alejandro Rojas*