**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JORGE ROJAS, )Plaintiff, )) v. ) Case No. 2:23-cv-02667-AH-KS)
ALEXANDER BYKHOVSKY, et al., )
Defendants. )
_____)



## JOINT NOTICE OF WITHDRAWAL OF MOTIONS TO SET ASIDE DEFAULT JUDGMENT

TO THE HONORABLE COURT:

Defendants Alexander Bykhovsky and Chris Cuenza respectfully submit this Joint Notice of Withdrawal in the above-captioned matter.

On May 29, 2025, Defendants filed Motions to Set Aside the Default Judgment entered against them on April 30, 2025.

The parties have since reached a private settlement agreement resolving the matter in full. As such, Defendants Alexander Bykhovsky and Chris Cuenza hereby formally **withdraw their Motions to Set Aside Default Judgment** filed with the Court.

This withdrawal is made in good faith and to conserve judicial resources.

DATED: 08/12/2025

Respectfully submitted,

_____

**Alexander Bykhovsky**
Defendant, Pro Se

_____

**Chris Cuenza**
Defendant, Pro Se