

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

———

**OFFICIAL BUSINESS**

DEVUELTO AL REMITENTE

FILED
CLERK, U.S. DISTRICT COURT

MAR - 2 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2:23-CV-2667
Returned Mail [

RECEIVED
CLERK, U.S. DISTRICT COURT

MAR - 2 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

KS

0850 - Zona 15
DEVUELTO POR:

- [ ] Rechazado/a
- [ ] Desconocido
- [ ] No Recibe en el Apartado
- [ ] No Reclamado
- [✓] Dirección Insuficiente
- [ ] Cambio de Domicilio
- [ ] Fallecido
- [ ] Otros

Firma: _____
Fecha de Devolución: 7-4-25

10/07/2024
US POSTAGE



Case: 2:23cv2667  Doc: 84

Alexander  Bykhovsky
40 Calle Elbrus
Panama City,  0801
Panama

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
--Paper recipients: Alexander Bykhovsky
40 Calle Elbrus
Panama City 0801
Panama
--Case Participants: Lawrence C Ecoff (aguero@ecofflaw.com, campain@ecofflaw.com, ecoff@ecofflaw.com, marquez@ecofflaw.com, yoon@ecofflaw.com), Jorge Alejandro Rojas (rojas.jorge96@gmail.com, rojasjorge96@recap.email), Magistrate Judge Karen L. Stevenson (crd_stevenson@cacd.uscourts.gov), Judge Sherilyn Peace Garnett (crd_garnett@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<38781411@cacd.uscourts.gov>Subject:Activity in Case 2:23-cv-02667-SPG-KS Jorge Alejandro Rojas v. Bottom Line Concepts LLC et al Clerks Entry of Default (CV-37) - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 10/7/2024 at 8:37 AM PDT and filed on 10/7/2024

| | |
|---|---|
| **Case Name:** | Jorge Alejandro Rojas v. Bottom Line Concepts LLC et al |
| **Case Number:** | 2:23-cv-02667-SPG-KS |
| **Filer:** | Chris Biz Services, LLC |
| **Document Number:** | 84 |

**Docket Text:**
**DEFAULT BY CLERK F.R.Civ.P.55(a) as to Chris Biz Services LLC (as a Wyoming company). (iv)**

**2:23-cv-02667-SPG-KS Notice has been electronically mailed to:**
Lawrence C Ecoff    marquez@ecofflaw.com, ecoff@ecofflaw.com, aguero@ecofflaw.com, yoon@ecofflaw.com, campain@ecofflaw.com
Jorge Alejandro Rojas    rojas.jorge96@gmail.com, rojasjorge96@recap.email
**2:23-cv-02667-SPG-KS Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Alexander Bykhovsky
40 Calle Elbrus

Panama City 0801
Panama

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JORGE ALEJANDRO ROJAS

PLAINTIFF(S)

v.

BOTTOM LINE CONCEPTS LLC, et al.

DEFENDANT(S).

CASE NUMBER:

2:23-cv-02667-SPG-KS

**DEFAULT BY CLERK**
**F.R.Civ.P. 55(a)**

It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

Chris Biz Services LLC (as a Wyoming company)

Clerk, U.S. District Court

By  /s/ *Ingrid Valdes*

Deputy Clerk

October 7, 2024

Date

CV-37 (10/01)                    DEFAULT BY CLERK F.R.Civ.P. 55(a)